# Intended Notice Recipients – Method of Notice

District/Off: 0208–7  User: eandino  Date Created: 4/16/2008
Case: 08–22504–ash  Form ID: b9i  Total: 11

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | | |
|---|---|---|---|---|---|
| db | Spiro Milliaressis | 60 Grant Street | Sloatsburg, NY 10974 | | |
| jdb | Ann Milliaressis | 60 Grant Street | Sloatsburg, NY 10974 | | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 | |
| tr | Jeffrey L. Sapir–13 | As Chapter 13 and 12 Trustee | 399 Knollwood Road | Suite 102 | White Plains, NY 10603 |
| aty | Shmuel Klein | Law Office of Shmuel Klein P.C. | 268 Route 59 | Spring Valley, NY 10977 | |
| smg | N.Y. State Unemployment Insurance Fund | | P.O. Box 551 | Albany, NY 12201–551 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 | |
| 4517753 | AMERICA'S SERVICING COMPANY | 7485 NEW HORIZON WAY | FREDERICK, MD 21703 | | |
| 4517754 | APPLIED BANK | 4700 EXCHANGE COURT | BOCA RATON, FL 33431 | | |
| 4517755 | CITI FINANCIAL | P.O BOX 499 | HANOVER, MD 21076 | | |
| 4517756 | STEVEN J BAUM | P.O. BOX 1291 | BUFFALO, NY 14240 | | |

TOTAL: 11