UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

                 Debtors.

_____

**<u>NOTICE OF APPEARANCE</u>**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of AMERICA'S SERVICING COMPANY, Secured Creditor, in the within proceeding.

       Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    April 28, 2008
           Buffalo, New York

                                     Yours, etc.
                                       STEVEN J. BAUM, P.C.
                                       Attorneys for Secured Creditor
                                     AMERICA'S SERVICING COMPANY
                                     /s/ Amy E. Przewozny

By:       _____
                                     Amy E. Przewozny, Esq.
                                     Office and Post Address:
                                     220 Northpointe Parkway, Suite G
                                     Amherst, NY 14228
                                     Telephone 716-204-2400

TO:

     CLERK, UNITED STATES BANKRUPTCY COURT
     SOUTHERN DISTRICT OF NEW YORK
     300 Quarropas Street
     White Plains, NY 10601

     SHMUEL KLEIN, ESQ.          Attorney for Debtors
     Law Office of Shmuel Klein P.C.
     268 Route 59
     Spring Valley, NY10977

     JEFFREY L. SAPIR, ESQ.     Chapter 13 Trustee
     399 Knollwood Road
     Suite 102
     White Plains, NY 10603