UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

           Debtors.

_____

**AFFIDAVIT OF MAILING**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

| | |
|---|---|
| STATE OF NEW YORK | ) |
| COUNTY OF ERIE | ) SS: |
| CITY OF BUFFALO | ) |

    Gabrielle E. Ptak, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the City of Lockport, New York.

    That on the 3rd day of June, 2008, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

    SPIRO MILLIARESSIS    Debtors
    ANN MILLIARESSIS
    60 Grant Street
    Sloatsburg, NY 10974

    SHMUEL KLEIN, ESQ.    Attorney for Debtors
    Law Office of Shmuel Klein P.C.
    268 Route 59
    Spring Valley, NY 10977

    JEFFREY L. SAPIR, ESQ.  Chapter 13 Trustee
    399 Knollwood Road
    Suite 102
    White Plains, NY 10603

                                      /s/ Gabrielle E. Ptak
                                      _____
                                      Gabrielle E. Ptak

Subscribed and sworn to before me
this 3rd day of June, 2008.
/s/ Lisa M. Williams
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires August 26, 2010