| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Return Date: July 10, 2008 |
| SOUTHERN DISTRICT OF NEW YORK | Return Time: 9:45 am |

_____x

In Re:                                                                    Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS            Index No. 08-22504
_____x

## NOTICE OF MOTION FOR OBJECTION TO CLAIM

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that, a motion will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Adlai S. Hardin, Jr. |
| RETURN DATE AND TIME: | July 10, 2008 9:45 A.M. |
| PLACE: | U.S. Bankruptcy Court<br>300 Quarropas Street<br>White Plains, NY |
| RELIEF REQUESTED: | Motion objecting to claim #2 of AMERICA'S SERVICING COMPANY, AS SERVICER FOR AMERIPATH MORTGAGE CORP |
| BASIS FOR RELIEF REQUESTED: | Rule 3007 |

DATED: June 4, 2008
    Spring Valley, NY

                    ___/s/_____
                    Shmuel Klein (SK 7212)
                    Law Office of Shmuel Klein, PC
                    Attorney for Debtor
                    268 ROUTE 59
                    Spring Valley, NY  10977
                    (845)425-2510