**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                                                          Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS          Index No. 08-22504
_____x

**Proposed Order**

Upon motion by the debtor dated June 4, 2008, and there being no opposition thereto and after a hearing on July 8, 2008,

**IT IS HEREBY ORDERED**

The motion is granted;

1) The claim is reduced as follows:

   a. Foreclosure costs are reduced by $880.72.

   b. Property Inspection cost of $225.00 is reduced to $25.00

   c. Broker's Price Opinion of $285.00 is reduced to $25.00

   The total reduction to the claim is $1,340.72.

2) Counsel fees are awarded to debtor's attorney in the amount of  $_____

offset against said claim, to be paid from Chapter 13 Trustee disbursement.

                                                                                **SO ORDERED**

Dated: July \_\_\_, 2008
White Plains, NY                                               _____
                                                                                Hon. Adlai S. Hardin, Jr.
                                                                                U.S. Bankruptcy Judge