UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In Re:                                                              Chapter 13
Malky & Israel Goldstein                                   Index No. 08-22523
_____x

## AMENDED DEBTORS PLAN UNDER CHAPTER 13

1. Debtor(s) hereby submit(s) all present and future earnings to the supervision and control of the Trustee and agree(s) to pay the Trustee the sum of $100.00 per month for a period of 36 months. Debtor shall turn over tax refunds in the approximate amount of $3000 for three payments, if any, to the Chapter 13 provided the total amount does not exceed the total amount required to pay all un-objected to filed claims, administrative fees and Debtor's attorney fees.

2. The trustee shall make disbursements as follows:

a. Full payment in deferred cash payments of all filed claims entitled to priority under 11 USC 507.

b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

(i) Arrears to be paid by the Trustee inside the Chapter 13 plan (ii) Current secured payments made outside the plan,

c. Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are allowed.

3. (a) Debtor(s) hereby assume(s) the following executory contracts:

(b) The following executory contracts of the debtor(s) are hereby rejected: any contract which is executory.

4. The property of the estate shall re-vested in the debtor(s) on confirmation of this plan subject to any interest of a secured claim.

Plan Date: June 18, 2008

_____/s/_____/s/_____
Malky & Israel Goldstein