# INVOICE

Invoice No: 0837943
Invoice Date: 04/21/08



**Steven J. Baum, P.C.**
ATTORNEYS AT LAW

220 Northpointe Parkway, Suite G
Amherst, NY 14228
Phone: 716-204-2400
Fax:   716-204-4600
Email: invoicing@mbaum.com
Tax ID # 16-0989202

**Customer Information**
AMERICAS SERVICING COMPANY

NEW I-CLEAR-
, NC
Attn:

**Case Information**                                  Upstate
Case #:    1127109382-106
Mortgagor  MILLIARESSIS, SPIRO
           60 GRANT STREET
           SLOATSBURG, NY 10974

*Invoice Details*

**Description of Disbursements**

| | |
|---|---:|
| COURT SERVICE | $125.00 |
| MOTION | $45.00 |
| PUBLICATION/POSTING | $600.72 |
| REFEREES FEE TO COMPUTE | $200.00 |
| REFEREES FEE TO SELL | $500.00 |
| RJI FEE | $95.00 |
| SEARCH UPDATE | $55.00 |
| SubTotal: | **$1,620.72** |

**Description of Professional Services**

| | |
|---|---:|
| FORECLOSURE | $1,250.00 |
| SubTotal: | **$1,250.00** |
| **Total Due:** | **$2,870.72** |

BANKRUPTCY FILED INVOICE
Loan Type - Conventional - Upstate
Case Open - 09/04/2007
LP Filed -   09/17/2007
JAS

# INVOICE

Invoice No:     PP023891
Invoice Date:   04/21/2008



**PILLAR PROCESSING, LLC.**

220 Northpointe Parkway, Suite B
Amherst, NY 14228
Phone: 716-204-3400
Fax:
Email:

| *Customer Information* | *Case Information* | |
|---|---|---|
| Steven J. Baum, P.C. | Case #: | 1127109382-106 |
| Northpointe Parkway | Mortgagor | MILLIARESSIS, SPIRO |
| Suite G | | 60 GRANT STREET |
| Amherst, NY 14228 | | SLOATSBURG, NY 10974 |
| Attn: Accounting Department | | |

*Invoice Details*

| | |
|---|---:|
| PP - TITLE CLAIM | $115.00 |
| PP - FORECLOSURE | $797.00 |
| REFEREES FEE TO COMPUTE | $200.00 |
| MOTION | $45.00 |
| RJI FEE | $95.00 |
| SEARCH UPDATE | $55.00 |
| COURT SERVICE | $125.00 |
| REFEREES FEE TO SELL | $500.00 |
| PUBLICATION/POSTING | $600.72 |
| **Total Due:** | **$2,532.72** |