| | | | |
|---|---|---|---|
| Lock Change: | N | Gas On? | Y |
| Boarding Needed: | N | | |
| Replace Glass: | N | | |
| Remove Ext Debris: | N | | |
| Remove Int Debris: | N | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:    N    Corrected Phone #:
Was Person Interviewed: N         Interviewed Name:
Attitude: UNKNOWN                  Delinquent Reason:    UNKNOWN

## INSPECTION DETAILS

ACCT:     1127109382                                              Client: 0
Name:     SPIRO MILLIARESSIS
Addr:     60 GRANT ST
City:     SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 3/31/2008 | Photos: | 1 | Due Date: | 6/1/2007 | |
| Receive Date | 3/31/2008 | Photo Amt: | $0.00 | Total Due: | $27,934.09 | |
| Inspect Date | 4/12/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date | 4/15/2008 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | Prop Secure: | Y | | Pers Prop: | Y |
| Insp-Type: | F - Foreclosure | | | | Cardleft: | N |
| Occ. Code: | OCCUPIED | Pool: | N | | | |
| Occ Ver: | VISUAL | Pool Secure: | N | | Garage: | 1 |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | For Sale: | BY BROKER | | | |
| Const Type: | FRAME | Broker: | ELLEN HILLANG (845) 708-3025 | | | |

Condition:       GOOD
Est Value:       $200,000 - $500,000   Boarded?:      N
Neighborhood:    STABLE                Need Maint?:   N
Inspection Comments:
  RES 2-STORY,

## MAINTENANCE NEEDED

| | | | UTILITIES | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |
| Lock Change: | N | | Gas On? | Y |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |
| Remove Ext Debris: | N | | | |
| Remove Int Debris: | N | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
|---|---|---|---|---|---|
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:      N   Corrected Phone #:
Was Person Interviewed: N           Interviewed Name:
Attitude: UNKNOWN                   Delinquent Reason:      UNKNOWN

## INSPECTION DETAILS

ACCT:   1127109382                                      Client: 0
Name:   SPIRO MILLIARESSIS
Addr:   60 GRANT ST
City:   SLOATSBURG, NY 10974-0000

Requested Date:   3/14/2008   Photos:   1   Due Date:   6/1/2007

| | | | | | | |
|---|---|---|---|---|---|---|
| Receive Date | 3/17/2008 | Photo Amt: | $0.00 | Total Due: | $27,934.09 | |
| Inspect Date | 4/2/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date | 4/15/2008 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | Prop Secure: | Y | | Pers Prop: | Y |
| Insp-Type: | F - Foreclosure | | | | Cardleft: | N |
| Occ. Code: | OCCUPIED | Pool: | N | | | |
| Occ Ver: | VISUAL | Pool Secure: | N | | Garage: | 1 |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | For Sale: | BY BROKER | | | |
| Const Type: | FRAME | Broker: | ELLEN HILLANG (845) 708-3025 | | | |
| Condition: | GOOD | | | | | |
| Est Value: | $200,000 - $500,000 | Boarded?: | N | | | |
| Neighborhood: | STABLE | Need Maint?: | N | | | |

Inspection Comments:
  RES 2-STORY,

### MAINTENANCE NEEDED

| | | | | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | | |
| Winterize: | N | | | |
| Lock Change: | N | | | |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |
| Remove Ext Debris: | N | | | |
| Remove Int Debris: | N | | | |

### UTILITIES

| | |
|---|---|
| Electric On? | Y |
| Water On? | Y |
| Gas On? | Y |

### INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:        N  Corrected Phone #:
Was Person Interviewed: N            Interviewed Name:

Attitude: UNKNOWN                                Delinquent Reason:        UNKNOWN

## INSPECTION DETAILS

| | | | | | |
|---|---|---|---|---|---|
| ACCT: | 1127109382 | | | | Client: 0 |
| Name: | SPIRO MILLIARESSIS | | | | |
| Addr: | 60 GRANT ST | | | | |
| City: | SLOATSBURG, NY 10974-0000 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Requested Date: | 3/1/2008 | Photos: | 1 | Due Date: | 6/1/2007 | | |
| Receive Date | 3/1/2008 | Photo Amt: | $0.00 | Total Due: | $24,709.72 | | |
| Inspect Date | 3/13/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | | |
| Billed Date | 3/17/2008 | Total Amt: | $15.00 | | | | |
| Type Loan: | CONV | | Prop Secure: | Y | | Pers Prop: | Y |
| Insp-Type: | F - Foreclosure | | | | | Cardleft: | N |
| Occ. Code: | OCCUPIED | | Pool: | N | | | |
| Occ Ver: | VISUAL | | Pool Secure: | N | | Garage: | 1 |
| Prop Type: | SINGLE | | | | | | |
| Color: | YELLOW | | For Sale: | BY BROKER | | | |
| Const Type: | FRAME | | Broker: | ELLEN HILLANG (845) 708-3025 | | | |
| Condition: | GOOD | | | | | | |
| Est Value: | $200,000 - $500,000 | | Boarded?: | N | | | |
| Neighborhood: | STABLE | | Need Maint?: | N | | | |

Inspection Comments:
   RES 2-STORY,

| MAINTENANCE NEEDED | | | | UTILITIES | |
|---|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | | Electric On? | Y |
| Winterize: | N | | | Water On? | Y |
| Lock Change: | N | | | Gas On? | Y |
| Boarding Needed: | N | | | | |
| Replace Glass: | N | | | | |
| Remove Ext Debris: | N | | | | |
| Remove Int Debris: | N | | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | | N | Other Int Damage: |
| Fire Damage: | N | Owner Neglect Damage: | | N | Other Ext Damage: |
| Freeze Damage: | N | Vandalism Damage: | | N | Other Damage: N |
| Flood Damage: | N | Burst Pipe: | | N | Hurricane: |
| Tornado: | | Earthquake: | | | Mud/Landslide: |
| Boiler Explosion: | | Hail: | | | Wind: |
| Untypical: | | | | | |

Was Phone Number Verified:     N  Corrected Phone #:
Was Person Interviewed: N         Interviewed Name:
Attitude: UNKNOWN                  Delinquent Reason:       UNKNOWN

## INSPECTION DETAILS

ACCT: 1127109382                                           Client: 0
Name:    SPIRO MILLIARESSIS
Addr:    60 GRANT ST
City:    SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 2/15/2008 | Photos: | 1 | Due Date: | 6/1/2007 | |
| Receive Date | 2/16/2008 | Photo Amt: | $0.00 | Total Due: | $24,709.72 | |
| Inspect Date | 2/29/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date | 3/5/2008 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | | Prop Secure: | Y | | Pers Prop: Y |
| Insp-Type: | F - Foreclosure | | | | | Cardleft: N |
| Occ. Code: | OCCUPIED | | Pool: | N | | |
| Occ Ver: | VISUAL | | Pool Secure: | N | | Garage: 1 |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | | For Sale: | BY BROKER | | |
| Const Type: | FRAME | | Broker: | ELLEN HILLANG (845) 708-3025 | | |
| Condition: | GOOD | | | | | |
| Est Value: | $200,000 - $500,000 | | Boarded?: | N | | |
| Neighborhood: | STABLE | | Need Maint?: | N | | |

Inspection Comments:
  2-STORY,

**MAINTENANCE NEEDED**                                      **UTILITIES**

| | | | |
|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? Y |
| Winterize: | N | | Water On? Y |
| Lock Change: | N | | Gas On? Y |
| Boarding Needed: | N | | |
| Replace Glass: | N | | |
| Remove Ext Debris: | N | | |
| Remove Int Debris: | N | | |

### INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | | N Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | | N Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | | N Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | | N Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:    N   Corrected Phone #:
Was Person Interviewed: N         Interviewed Name:
Attitude: UNKNOWN                 Delinquent Reason:      UNKNOWN

### INSPECTION DETAILS

ACCT:  **1127109382**                                   Client: 0
Name:  SPIRO MILLIARESSIS
Addr:  60 GRANT ST
City:  SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 1/30/2008 | Photos: | 1 | Due Date: | 6/1/2007 | |
| Receive Date: | 1/30/2008 | Photo Amt: | $0.00 | Total Due: | $21,485.53 | |
| Inspect Date: | 2/15/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date: | 3/3/2008 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | | Prop Secure: Y | | Pers Prop: Y | |
| Insp-Type: | F - Foreclosure | | | | Cardleft: N | |
| Occ. Code: | OCCUPIED | | Pool: N | | | |
| Occ Ver: | VISUAL | | Pool Secure: N | | Garage: 0 | |
| Prop Type: | SINGLE | | | | | |

Color: YELLOW  For Sale: BY BROKER
Const Type: FRAME  Broker: ELLEN HILLANG (845) 708-3025
Condition: GOOD
Est Value: $200,000 - $500,000  Boarded?: N
Neighborhood: STABLE  Need Maint?: N
Inspection Comments:
  2-STORY,

## MAINTENANCE NEEDED

| | | | UTILITIES | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |
| Lock Change: | N | | Gas On? | Y |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |
| Remove Ext Debris: | N | | | |
| Remove Int Debris: | N | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
|---|---|---|---|---|---|
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:         N  Corrected Phone #:
Was Person Interviewed: N              Interviewed Name:
Attitude: UNKNOWN                       Delinquent Reason:       UNKNOWN

## INSPECTION DETAILS

ACCT: 1127109382                                                Client: 0
Name: SPIRO MILLIARESSIS
Addr: 60 GRANT ST
City: SLOATSBURG, NY 10974-0000

Was Phone Number Verified:      N  Corrected Phone #:
Was Person Interviewed: N       Interviewed Name:
Attitude: UNKNOWN               Delinquent Reason:        UNKNOWN

---

## INSPECTION DETAILS

| | | | | | |
|---|---|---|---|---|---|
| ACCT: | **1127109382** | | | | Client: 0 |
| Name: | SPIRO MILLIARESSIS | | | | |
| Addr: | 60 GRANT ST | | | | |
| City: | SLOATSBURG, NY 10974-0000 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Requested Date: | 12/29/2007 | Photos: | 1 | Due Date: | 6/1/2007 | | |
| Receive Date | 12/29/2007 | Photo Amt: | $0.00 | Total Due: | $18,261.34 | | |
| Inspect Date | 1/14/2008 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | | |
| Billed Date | 1/21/2008 | Total Amt: | $15.00 | | | | |
| Type Loan: | CONV | Prop Secure: | Y | | | Pers Prop: | Y |
| Insp-Type: | F - Foreclosure | | | | | Cardleft: | N |
| Occ. Code: | OCCUPIED | Pool: | N | | | | |
| Occ Ver: | VISUAL | Pool Secure: | N | | | Garage: | 0 |
| Prop Type: | SINGLE | | | | | | |
| Color: | YELLOW | For Sale: | BY BROKER | | | | |
| Const Type: | FRAME | Broker: | ELLEN HILLANG (845) 708-3025 | | | | |
| Condition: | GOOD | | | | | | |
| Est Value: | $200,000 - $500,000 | Boarded?: | N | | | | |
| Neighborhood: | STABLE | Need Maint?: | N | | | | |

Inspection Comments:
  2-STORY,

---

| MAINTENANCE NEEDED | | | | UTILITIES | |
|---|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | | Electric On? | Y |
| Winterize: | N | | | Water On? | Y |
| Lock Change: | N | | | Gas On? | Y |
| Boarding Needed: | N | | | | |
| Replace Glass: | N | | | | |
| Remove Ext Debris: | N | | | | |
| Remove Int Debris: | N | | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | |
|---|---|---|
| Roof Leak: | N Storm Damage: | N Other Int Damage: |
| Fire Damage: | N Owner Neglect Damage: | N Other Ext Damage: |
| Freeze Damage: | N Vandalism Damage: | N Other Damage: N |
| Flood Damage: | N Burst Pipe: | N Hurricane: |
| Tornado: | Earthquake: | Mud/Landslide: |
| Boiler Explosion: | Hail: | Wind: |
| Untypical: | | |

Was Phone Number Verified:           N  Corrected Phone #:
Was Person Interviewed: N             Interviewed Name:
Attitude: UNKNOWN                     Delinquent Reason:      UNKNOWN

## INSPECTION DETAILS

ACCT:    1127109382                                              Client: 0
Name:    SPIRO MILLIARESSIS
Addr:    60 GRANT ST
City:    SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 12/14/2007 | Photos: | 1 | Due Date: | 6/1/2007 | |
| Receive Date | 12/15/2007 | Photo Amt: | $0.00 | Total Due: | $18,261.34 | |
| Inspect Date | 12/31/2007 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date | 1/7/2008 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | Prop Secure: | Y | | Pers Prop: Y | |
| Insp-Type: | F - Foreclosure | | | | Cardleft: N | |
| Occ. Code: | OCCUPIED | Pool: | N | | | |
| Occ Ver: | VISUAL | Pool Secure: | N | | Garage: 0 | |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | For Sale: | BY BROKER | | | |
| Const Type: | FRAME | Broker: | ELLEN HILLANG (845) 708-3025 | | | |
| Condition: | GOOD | | | | | |
| Est Value: | $200,000 - $500,000 | Boarded?: | N | | | |
| Neighborhood: | STABLE | Need Maint?: | N | | | |

Inspection Comments:
  2-STORY,

| | | | | | |
|---|---|---|---|---|---|
| Occ Ver: | VISUAL | Pool Secure: | N | Garage: | 0 |
| Prop Type: | SINGLE | | | | |
| Color: | YELLOW | For Sale: | BY BROKER | | |
| Const Type: | FRAME | Broker: | ELLEN HILLANG (845) 708-3025 | | |
| Condition: | GOOD | | | | |
| Est Value: | $200,000 - $500,000 | Boarded?: | N | | |
| Neighborhood: | STABLE | Need Maint?: | N | | |

Inspection Comments:
 2-STORY,

## MAINTENANCE NEEDED                                    UTILITIES

| | | | | | |
|---|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | | Electric On? | Y |
| Winterize: | N | | | Water On? | Y |
| Lock Change: | N | | | Gas On? | Y |
| Boarding Needed: | N | | | | |
| Replace Glass: | N | | | | |
| Remove Ext Debris: | N | | | | |
| Remove Int Debris: | N | | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:            N   Corrected Phone #:
Was Person Interviewed: N                 Interviewed Name:
Attitude: UNKNOWN                         Delinquent Reason:        UNKNOWN

## INSPECTION DETAILS
ACCT:    1127109382                                         Client: 0
Name:    SPIRO MILLIARESSIS

Addr:     60 GRANT ST
City:     SLOATSBURG, NY 10974-0000

| | | | | | |
|---|---|---|---|---|---|
| Requested Date: | 11/15/2007 | Photos: | 0 | Due Date: | 6/1/2007 |
| Receive Date: | 11/16/2007 | Photo Amt: | $0.00 | Total Due: | $15,037.15 |
| Inspect Date: | 12/2/2007 | Serv-Amt: | $15.00 | Balance: | $323,001.50 |
| Billed Date: | 12/12/2007 | Total Amt: | $15.00 | | |
| Type Loan: | CONV | Prop Secure: | Y | Pers Prop: | Y |
| Insp-Type: | F - Foreclosure | | | Cardleft: | N |
| Occ. Code: | OCCUPIED | Pool: | N | | |
| Occ Ver: | VISUAL | Pool Secure: | N | Garage: | 0 |
| Prop Type: | SINGLE | | | | |
| Color: | YELLOW | For Sale: | NOT FOR SALE | | |
| Const Type: | FRAME | Broker: | | | |
| Condition: | GOOD | | | | |
| Est Value: | $200,000 - $500,000 | Boarded?: | N | | |
| Neighborhood: | STABLE | Need Maint?: | N | | |

Inspection Comments:
  2-STORY,

### MAINTENANCE NEEDED

| | | |
|---|---|---|
| Cut Grass: | N | Grass Height: |
| Winterize: | N | |
| Lock Change: | N | |
| Boarding Needed: | N | |
| Replace Glass: | N | |
| Remove Ext Debris: | N | |
| Remove Int Debris: | N | |

### UTILITIES

| | |
|---|---|
| Electric On? | Y |
| Water On? | Y |
| Gas On? | Y |

### INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | |
|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: |
| Tornado: | | Earthquake: | | Mud/Landslide: |
| Boiler Explosion: | | Hail: | | Wind: |

Untypical:

| | |
|---|---|
| Was Phone Number Verified: | N  Corrected Phone #: |
| Was Person Interviewed: N | Interviewed Name: |
| Attitude: UNKNOWN | Delinquent Reason:    UNKNOWN |

## INSPECTION DETAILS

ACCT:    1127109382                                             Client: 0
Name:    SPIRO MILLIARESSIS
Addr:    60 GRANT ST
City:    SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 10/16/2007 | Photos: | 1 | Due Date: | 6/1/2007 | |
| Receive Date | 10/17/2007 | Photo Amt: | $0.00 | Total Due: | $12,587.71 | |
| Inspect Date | 10/22/2007 | Serv-Amt: | $15.00 | Balance: | $323,001.50 | |
| Billed Date | 10/26/2007 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | | Prop Secure: | Y | | Pers Prop: Y |
| Insp-Type: | F - Foreclosure | | | | | Cardleft: N |
| Occ. Code: | OCCUPIED | | Pool: | N | | |
| Occ Ver: | VISUAL | | Pool Secure: | N | | Garage: 0 |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | | For Sale: | NOT FOR SALE | | |
| Const Type: | FRAME | | Broker: | | | |
| Condition: | GOOD | | | | | |
| Est Value: | $100,000 - $200,000 | | Boarded?: | N | | |
| Neighborhood: | STABLE | | Need Maint?: | N | | |

Inspection Comments:
  2-STORY,

| MAINTENANCE NEEDED | | | UTILITIES | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |
| Lock Change: | N | | Gas On? | Y |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |

Remove Ext Debris:				N
Remove Int Debris:				N

### INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | |
|---|---|---|
| Roof Leak:        N | Storm Damage:            N | Other Int Damage: |
| Fire Damage:      N | Owner Neglect Damage:    N | Other Ext Damage: |
| Freeze Damage:    N | Vandalism Damage:        N | Other Damage:      N |
| Flood Damage:     N | Burst Pipe:              N | Hurricane: |
| Tornado: | Earthquake: | Mud/Landslide: |
| Boiler Explosion: | Hail: | Wind: |
| Untypical: | | |

Was Phone Number Verified:    N   Corrected Phone #:
Was Person Interviewed: N          Interviewed Name:
Attitude: UNKNOWN                  Delinquent Reason:        UNKNOWN

### INSPECTION DETAILS

ACCT:   **1127109382**                                    Client: 0
Name:   SPIRO MILLIARESSIS
Addr:   60 GRANT ST
City:   SLOATSBURG, NY 10974-0000

| | | | | | |
|---|---|---|---|---|---|
| Requested Date: | 9/17/2007 | Photos: | 1 | Due Date: | 6/1/2007 |
| Receive Date:   | 9/18/2007 | Photo Amt: | $0.00 | Total Due: | $10,089.28 |
| Inspect Date:   | 9/25/2007 | Serv-Amt:  | $15.00 | Balance: | $323,001.50 |
| Billed Date:    | 9/28/2007 | Total Amt: | $15.00 | | |
| Type Loan: | CONV | Prop Secure: | Y | | Pers Prop: Y |
| Insp-Type: | F - Foreclosure | | | | Cardleft: N |
| Occ. Code: | OCCUPIED | Pool: | N | | |
| Occ Ver: | VISUAL | Pool Secure: | N | | Garage: 0 |
| Prop Type: | SINGLE | | | | |
| Color: | YELLOW | For Sale: | NOT FOR SALE | | |
| Const Type: | FRAME | Broker: | | | |
| Condition: | GOOD | | | | |
| Est Value: | $100,000 - $200,000 | Boarded?: | N | | |
| Neighborhood: | STABLE | Need Maint?: | N | | |

Inspection Comments:

2-STORY,

## MAINTENANCE NEEDED

| | | | UTILITIES | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |
| Lock Change: | N | | Gas On? | Y |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |
| Remove Ext Debris: | N | | | |
| Remove Int Debris: | N | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:     N  Corrected Phone #:
Was Person Interviewed: N         Interviewed Name:
Attitude: UNKNOWN                 Delinquent Reason:     UNKNOWN

## INSPECTION DETAILS

ACCT:    1127109382                                          Client: 0
Name:    SPIRO MILLIARESSIS
Addr:    60 GRANT ST
City:    SLOATSBURG, NY 10974-0000

| | | | | | |
|---|---|---|---|---|---|
| Requested Date: | 8/15/2007 | Photos: | 1 | Due Date: | 6/1/2007 |
| Receive Date | 8/16/2007 | Photo Amt: | $0.00 | Total Due: | $7,541.86 |
| Inspect Date | 8/26/2007 | Serv-Amt: | $15.00 | Balance: | $323,001.50 |
| Billed Date | 9/13/2007 | Total Amt: | $15.00 | | |
| Type Loan: | CONV | | Prop Secure: Y | | Pers Prop: Y |

| | | | | |
|---|---|---|---|---|
| Insp-Type: | D - Delinquent Interview | | | Cardleft: Y |
| Occ. Code: | OCCUPIED | Pool: | N | |
| Occ Ver: | VISUAL | Pool Secure: | N | Garage: 0 |
| Prop Type: | SINGLE | | | |
| Color: | YELLOW | For Sale: | NOT FOR SALE | |
| Const Type: | FRAME | Broker: | | |
| Condition: | GOOD | | | |
| Est Value: | $100,000 - $200,000 | Boarded?: | N | |
| Neighborhood: | STABLE | Need Maint?: | N | |

Inspection Comments:
  2-STORY,

## MAINTENANCE NEEDED

| | | | UTILITIES | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |
| Lock Change: | N | | Gas On? | Y |
| Boarding Needed: | N | | | |
| Replace Glass: | N | | | |
| Remove Ext Debris: | N | | | |
| Remove Int Debris: | N | | | |

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

| | | | |
|---|---|---|---|
| Was Phone Number Verified: | N | Corrected Phone #: | |
| Was Person Interviewed: N | | Interviewed Name: | |
| Attitude: UNKNOWN | | Delinquent Reason: | UNKNOWN |

## INSPECTION DETAILS

| | | | | | |
|---|---|---|---|---|---|
| Flood Damage: | N | Burst Pipe: | | N | Hurricane: |
| Tornado: | | Earthquake: | | | Mud/Landslide: |
| Boiler Explosion: | | Hail: | | | Wind: |
| Untypical: | | | | | |

Was Phone Number Verified:  N  Corrected Phone #:
Was Person Interviewed: N     Interviewed Name:
Attitude: UNKNOWN              Delinquent Reason:     UNKNOWN

## INSPECTION DETAILS

ACCT:   **1127109382**                                              Client: 0
Name:   SPIRO MILLIARESSIS
Addr:   60 GRANT ST
City:   SLOATSBURG, NY 10974-0000

| | | | | | |
|---|---|---|---|---|---|
| Requested Date: | 12/15/2006 | Photos: | 0 | Due Date: | 11/1/2006 |
| Receive Date | 12/16/2006 | Photo Amt: | $0.00 | Total Due: | $4,947.87 |
| Inspect Date | 12/26/2006 | Serv-Amt: | $15.00 | Balance: | $323,550.62 |
| Billed Date | 1/2/2007 | Total Amt: | $15.00 | | |
| Type Loan: | CONV | | Prop Secure: Y | | Pers Prop: Y |
| Insp-Type: | D - Delinquent Interview | | | | Cardleft: Y |
| Occ. Code: | OCCUPIED | | Pool: N | | |
| Occ Ver: | VISUAL | | Pool Secure: N | | Garage: 0 |
| Prop Type: | SINGLE | | | | |
| Color: | YELLOW | | For Sale: NOT FOR SALE | | |
| Const Type: | FRAME | | Broker: | | |
| Condition: | GOOD | | | | |
| Est Value: | $100,000 - $200,000 | | Boarded?: N | | |
| Neighborhood: | IMPROVING | | Need Maint?: N | | |

Inspection Comments:
  2-STORY,

### MAINTENANCE NEEDED                                    ### UTILITIES

| | | | | |
|---|---|---|---|---|
| Cut Grass: | N | Grass Height: | Electric On? | Y |
| Winterize: | N | | Water On? | Y |

| | | | |
|---|---|---|---|
| Lock Change: | N | Gas On? | Y |
| Boarding Needed: | N | | |
| Replace Glass: | N | | |
| Remove Ext Debris: | N | | |
| Remove Int Debris: | N | | |

### INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: | |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: | |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage: | N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: | |
| Tornado: | | Earthquake: | | Mud/Landslide: | |
| Boiler Explosion: | | Hail: | | Wind: | |
| Untypical: | | | | | |

Was Phone Number Verified:   N   Corrected Phone #:
Was Person Interviewed: N         Interviewed Name:
Attitude: UNKNOWN                  Delinquent Reason:   UNKNOWN

### INSPECTION DETAILS

ACCT:    **1127109382**                                              Client: 0
Name:    SPIRO MILLIARESSIS
Addr:    60 GRANT ST
City:    SLOATSBURG, NY 10974-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested Date: | 11/15/2006 | Photos: | 0 | Due Date: | 10/1/2006 | |
| Receive Date | 11/16/2006 | Photo Amt: | $0.00 | Total Due: | $4,898.88 | |
| Inspect Date | 11/25/2006 | Serv-Amt: | $15.00 | Balance: | $323,626.80 | |
| Billed Date | 12/5/2006 | Total Amt: | $15.00 | | | |
| Type Loan: | CONV | | Prop Secure: Y | | Pers Prop: Y | |
| Insp-Type: | D - Delinquent Interview | | | | Cardleft: Y | |
| Occ. Code: | OCCUPIED | | Pool: | N | | |
| Occ Ver: | VISUAL | | Pool Secure: | N | Garage: 0 | |
| Prop Type: | SINGLE | | | | | |
| Color: | YELLOW | | For Sale: | NOT FOR SALE | | |
| Const Type: | FRAME | | Broker: | | | |

Condition:       GOOD
Est Value:       $100,000 - $200,000        Boarded?:   N
Neighborhood:  IMPROVING                  Need Maint?: N
Inspection Comments:
  2-STORY,

## MAINTENANCE NEEDED                                    UTILITIES

| | | | |
|---|---|---|---|
| Cut Grass: | N | Grass Height: | |
| Winterize: | N | | |
| Lock Change: | N | | |
| Boarding Needed: | N | | |
| Replace Glass: | N | | |
| Remove Ext Debris: | N | | |
| Remove Int Debris: | N | | |

Electric On?   Y
Water On?      Y
Gas On?        Y

## INTERIOR/EXTERIOR DAMAGES TO PROPERTY

| | | | | |
|---|---|---|---|---|
| Roof Leak: | N | Storm Damage: | N | Other Int Damage: |
| Fire Damage: | N | Owner Neglect Damage: | N | Other Ext Damage: |
| Freeze Damage: | N | Vandalism Damage: | N | Other Damage:   N |
| Flood Damage: | N | Burst Pipe: | N | Hurricane: |
| Tornado: | | Earthquake: | | Mud/Landslide: |
| Boiler Explosion: | | Hail: | | Wind: |
| Untypical: | | | | |

Was Phone Number Verified:       N  Corrected Phone #:
Was Person Interviewed: N           Interviewed Name:
Attitude: UNKNOWN                   Delinquent Reason:      UNKNOWN

**Return to Property History**