**PREMIERE Asset Services** — **Valuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 745648 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Real Estate Agent

| | | | |
|---|---|---|---|
| Name: | Vogel, Sheryl | Brokerage: | Keller Wiliams Hudson Val |
| Street Address: | 18 Laurel Road | Phone: | (845) 638-1081 |
| City, ST, Zip: | New City, NY, 10956 | Inspection Date: | 03/08/2007 |

### Occupancy Status

| | |
|---|---|
| Occupancy Status: | Occupied |

### Valuation Summary

| | As Is Value | *Quick Sale Value | Repaired Value |
|---|---|---|---|
| Recommended List Price: | $435,000 | $429,000 | $449,900 |
| Probable Sales Price: | $435,000 | $425,000 | $440,000 |
| Estimated Land/Lot Value: | $10,000 | | |

### Property Characteristics

| | | | |
|---|---|---|---|
| Property Condition/Type: | Good - Single Family | Approx Age (yrs): | 20 |
| Total Rooms: | 7 | Car Port/Garage: | Attached 1 Car |
| Bedrooms: | 3 | Lot Size/Type: | 0.26   Acres |
| Baths (Full/Half): | 2 / 1 | Interior Sq Ft: | 1,883 |
| HOA Fees/Mo.: | | HOA Contact: | |
| HOA Name: | | HOA Phone: | |
| Currently Listed?: | No | Current List Price: | |
| Current Realtor: | | Days on Market: | |
| Urgent Repairs Required?: | No | | |
| Repairs Description: | | | |
| Positive Comments: | Good Floor plan, dead end street | | |
| Negative Comments: | Backs up to NYS Thruway and very noisy | | |

### Market Area Conditions

| | | | |
|---|---|---|---|
| Location Type: | Suburban | Property Values: | Decreasing |
| Area Price Range (Lo-Hi): | $375,000 - $500,000 | Comp Sales Last 6 Mos: | 6 |
| Avg Marketing Time: | 200 | Competitive Listings?: | Oversupply |
| New Cnstrctn. in Area?: | No | | |

**PREMIERE Asset Services**

**Valuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| Valuation Number: | 745648 | Loan Number: | 106-1127109382 |
|---|---|---|---|
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Subject Comparison

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 20 | 7 | 3 | 2/1 | Attached 1 Car | 0.26 Acres | 1,883 | | |

### Listed Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | Proximity | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Excellen | 25 | 7 | 3 | 2/1 | None | 0.17 Acres | 1,676 | 64 | 0.01 | $449,900 |

Address: 59 Grant Street, Sloatsburg, NY 10974
Exp Adj/Cmt: Freshly painted, new EIK with wood cabinetry, tile backsplash, new ceramic tile floor, HW floors

| Single Family | Excellen | 17 | 7 | 3 | 2/0 | Attached 2 Car | 0.09 Acres | 1,680 | 63 | 0.05 | $449,900 |

Address: 18 Cedar Terrace, Sloatsburg, NY 10974
Exp Adj/Cmt: Mountain views, vinyl sided Colonial, eck, formal DR, hw floors

| Single Family | Excellen | 22 | 9 | 4 | 3/0 | None | 0.32 Acres | 2,120 | 100 | 0.05 | $449,000 |

Address: 7 Allen Lane, Sloatsburg, NY 10974
Exp Adj/Cmt: Crown moldings, hw floors, walk-in closets, deck, finished walk-out lower level

### Sold Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price | Sale Dt | Proximity | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Excellen | 18 | 7 | 3 | 2/1 | None | 0.11 Acres | 1,620 | 107 | $469,000 | 8/10/06 | 2.00 | $450,000 |

Address: 5 Mansfield Place, Suffern, NY 10901
Exp Adj/Cmt: Colonial style similiar to subject, same school district, and same tax structure
Adjustment: $0
Indicated Value: $450,000

| Single Family | Excellen | 1 | 8 | 4 | 3/0 | Attached 1 Car | 1.34 Acres | 1,800 | 155 | $489,000 | 11/3/06 | 0.10 | $482,000 |

Address: 12 Park Ave, Sloatsburg, NY 10974
Exp Adj/Cmt: New Construction, skylights, hw floors, recessed lights, tray ceiling in master bedroom, cathedral ceiling
Adjustment: $(45,000)
Indicated Value: $437,000

| Single Family | Excellen | 42 | 7 | 3 | 2/1 | Attached 1 Car | 0.35 Acres | 1,902 | 56 | $479,900 | 2/8/07 | 2.00 | $470,000 |

Address: 6 Claremont Lane, Suffern, NY 10901
Exp Adj/Cmt: vinyl sided exterior, hw floors, young furnace, roof, H2O heater
Adjustment: $0
Indicated Value: $470,000

### Agent Addendum

Agent Comments/ Mkt Strategy: Majoritty of homes in sloatsburg are considerably older. I even went outside hamlet to get better comps. Date is older by less then 30 days, as this was an excellent comp: style, school district and sq ft.

eSignature: Vogel, Sheryl          Time Stamp: 3/8/2007 3:21:00PM

*This evaluation is not an appraisal. While deemed reliable, this drive-by estimate of value is limited to observations of the property exterior only, and therefore the field agent conducting this report shall not be held liable for this opinion.*

*"This analysis has not been performed in accordance with the Uniform Standards of Professional appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accomodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose."*

Section 608.3 of the RELRA, 63 P.S. 455.608c.



### Drive By Property Evaluation with Photos - RUSH

#### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 745648 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

#### Subject Photos



Front -



Side -



Street -

03/09/2007                               Page 3 of 3                               Premiere Asset Services v1.4

**PREMIERE Asset Services**

**Valuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 953741 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Real Estate Agent

| | | | |
|---|---|---|---|
| Name: | Fradianni, Michael | Brokerage: | RE/MAX Benchmark Realt |
| Street Address: | 95-1 Maher Lane | Phone: | (845) 742-0456 |
| City, ST, Zip: | Harriman, NY, 10926 | Inspection Date: | 09/11/2007 |

### Occupancy Status

| | |
|---|---|
| Occupancy Status: | Occupied |

### Valuation Summary

| | As Is Value | *Quick Sale Value | Repaired Value |
|---|---|---|---|
| Recommended List Price: | $425,000 | $410,000 | $425,000 |
| Probable Sales Price: | $420,000 | $400,000 | $420,000 |
| Estimated Land/Lot Value: | $150,000 | | |

### Property Characteristics

| | | | |
|---|---|---|---|
| Property Condition/Type: | Good - Single Family | Approx Age (yrs): | 20 |
| Total Rooms: | 8 | Car Port/Garage: | Attached 1 Car |
| Bedrooms: | 4 | Lot Size/Type: | 1    Acres |
| Baths (Full/Half): | 2 / 1 | Interior Sq Ft: | 1,883 |
| HOA Fees/Mo.: | | HOA Contact: | |
| HOA Name: | | HOA Phone: | |
| Currently Listed?: | No | Current List Price: | |
| Current Realtor: | | Days on Market: | |
| Urgent Repairs Required?: | No | | |
| Repairs Description: | NONE NOTED AT TIME OF DRIVE BY. | | |
| Positive Comments: | GOOD PROXIMITY TO SHOPPING AND COMMUTER ROUTES. RELATIVELY DESIRABLE SUBDIVISION. | | |
| Negative Comments: | NONE NOTED BY BROKER. | | |

### Market Area Conditions

| | | | |
|---|---|---|---|
| Location Type: | Distant Suburban | Property Values: | Stable |
| Area Price Range (Lo-Hi): | $250,000 - $1,500,000 | Comp Sales Last 6 Mos: | 6 |
| Avg Marketing Time: | 120 | Competitive Listings?: | Oversupply |
| New Cnstrctn. in Area?: | Yes | | |

**PREMIERE Asset Services — Valuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| Valuation Number: | 953741 | Loan Number: | 106-1127109382 |
|---|---|---|---|
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Subject Comparison

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 20 | 8 | 4 | 2/1 | Attached 1 Car | 1 Acres | 1,883 | | |

### Listed Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | Proximity | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 46 | 8 | 3 | 1/1 | Attached 1 Car | 0.2 Acres | 1,714 | 1 | 0.30 | $440,000 |
| Address: 31 STONY BROOK AVE, SLOATSBURG, NY 10974 | | | | | | | | | | | |
| Exp Adj/Cmt: ABUTS STATE PARK | | | | | | | | | | | |
| Single Family | Good | 37 | 8 | 4 | 1/1 | Attached 1 Car | 0.3 Acres | 1,950 | 65 | 0.30 | $400,000 |
| Address: 41 LAUREL RD, SLOATSBURG, NY 10974 | | | | | | | | | | | |
| Exp Adj/Cmt: DATED INTERIOR | | | | | | | | | | | |
| Single Family | Good | 40 | 8 | 4 | 2/0 | Attached 1 Car | 0.25 Acres | 2,088 | 128 | 0.40 | $440,000 |
| Address: 8 STERLING MINE RD, SLOATSBURG, NY 10974 | | | | | | | | | | | |
| Exp Adj/Cmt: NO SUPPORT FOR PRICING. | | | | | | | | | | | |

### Sold Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price | Sale Dt | Proximity | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 15 | 8 | 3 | 2/1 | Attached 1 Car | 0.2 Acres | 1,608 | 36 | $425,000 | 8/15/07 | 2.00 | $420,000 |
| Address: 19 TERRACE AVE, HILLBURN, NY 10931 | | | | | | | | | | | | Adjustment: | $0 |
| Exp Adj/Cmt: NONE REQUIRED BEST AND EQUAL COMP. | | | | | | | | | | | | Indicated Value: | $420,000 |
| Single Family | Good | 23 | 8 | 3 | 2/1 | Attached 2 Car | 0.3 Acres | 1,908 | 403 | $425,000 | 5/21/07 | 0.20 | $425,000 |
| Address: 9 LIBERTY ROCK RD, SLOATSBURG, NY 10974 | | | | | | | | | | | | Adjustment: | $0 |
| Exp Adj/Cmt: NONE REQUIRED VERY SIMILAR CONDITION, AND CURB APPEAL. 300 DOM@ $450-460k | | | | | | | | | | | | Indicated Value: | $425,000 |
| Single Family | Good | 23 | 8 | 3 | 2/0 | Attached 1 Car | 0.2 Acres | 1,962 | 172 | $400,000 | 5/8/07 | 0.01 | $374,000 |
| Address: 55 GRANT ST, SLOATSBURG, NY 10974 | | | | | | | | | | | | Adjustment: | $0 |
| Exp Adj/Cmt: NONE REQUIRED SAME STREET AS SUBJECT. INFERIOR CURB APPEAL. | | | | | | | | | | | | Indicated Value: | $374,000 |

### Agent Addendum

**Agent Comments/Mkt Strategy:** BROKER USED BEST COMPS AVAILABLE. BROKER EXPANDED CRITERIA FOR AGE DUE TO SHORTAGE OF RECENT SOLD COMPS.

**eSignature:** Fradianni, Michael       **Time Stamp:** 9/12/2007 11:10:00AM

*This evaluation is not an appraisal. While deemed reliable, this drive-by estimate of value is limited to observations of the property exterior only, and therefore the field agent conducting this report shall not be held liable for this opinion.*

*"This analysis has not been performed in accordance with the Uniform Standards of Professional appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accomodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose."*

Section 608.3 of the RELRA, 63 P.S. 455.608c.



**PREMIERE Asset Services** — **eValuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 953741 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Subject Photos



Front -



Side -



Street -

**PREMIERE Asset Services** — **Valuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 1275697 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Real Estate Agent

| | | | |
|---|---|---|---|
| Name: | Streicher, Naomi | Brokerage: | Really Teams |
| Street Address: | 1609 Route 202 | Phone: | (845) 364-0007 |
| City, ST, Zip: | Pomona, NY, 10970 | Inspection Date: | 03/24/2008 |

### Occupancy Status

| | |
|---|---|
| Occupancy Status: | Occupied |

### Valuation Summary

| | As Is Value | *Quick Sale Value | Repaired Value |
|---|---|---|---|
| Recommended List Price: | $390,000 | $380,000 | $400,000 |
| Probable Sales Price: | $390,000 | $380,000 | $400,000 |
| Estimated Land/Lot Value: | $130,000 | | |

### Property Characteristics

| | | | |
|---|---|---|---|
| Property Condition/Type: | Good - Single Family | Approx Age (yrs): | 21 |
| Total Rooms: | 8 | Car Port/Garage: | Attached 1 Car |
| Bedrooms: | 4 | Lot Size/Type: | 0.26  Acres |
| Baths (Full/Half): | 2 / 1 | Interior Sq Ft: | 1,883 |
| HOA Fees/Mo.: | | HOA Contact: | |
| HOA Name: | | HOA Phone: | |
| Currently Listed?: | Yes | Current List Price: | $439,000 |
| Current Realtor: | Prudential Rand | Days on Market: | 94 |
| Urgent Repairs Required?: | No | | |
| Repairs Description: | None that I can see. | | |
| Positive Comments: | Newer home | | |
| Negative Comments: | mixed area- newer and older homes | | |

### Market Area Conditions

| | | | |
|---|---|---|---|
| Location Type: | Suburban | Property Values: | Decreasing |
| Area Price Range (Lo-Hi): | $220,000 - $899,000 | Comp Sales Last 6 Mos: | 15 |
| Avg Marketing Time: | 120 | Competitive Listings?: | Oversupply |
| New Cnstrctn. in Area?: | Yes | | |



## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| Valuation Number: | 1275697 | Loan Number: | 106-1127109382 |
|---|---|---|---|
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Subject Comparison

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 21 | 8 | 4 | 2/1 | Attached 1 Car | 0.26 Acres | 1,883 | 94 | $439,000.00 |

### Listed Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | Proximity | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 19 | 7 | 3 | 2/0 | Attached 1 Car | 0.20 Acres | 1,511 | 72 | 1.00 | $430,000 |
| Address: 29 Aspen Road, Sloatsburg, NY 10974 ||||||||||||
| Exp Adj/Cmt: Vaulted ceilings in living room and dining room, new kitchen appliances ||||||||||||
| Single Family | Good | 47 | 6 | 3 | 1/1 | Attached 1 Car | 0.21 Acres | 1,719 | 71 | 0.80 | $434,900 |
| Address: 4 Stony Brook Road, Sloatsburg, NY 10974 ||||||||||||
| Exp Adj/Cmt: MLS comments- Split level home . EIK kitchen, New windows and heater ||||||||||||
| Single Family | Good | 26 | 7 | 3 | 2/0 | Attached 1 Car | 0.29 Acres | 1,998 | 174 | 0.10 | $405,000 |
| Address: 61 Grant Street, Sloatsburg, NY 10974 ||||||||||||
| Exp Adj/Cmt: Updated home, new kitchen and appliances ||||||||||||

### Sold Comparables

| Prop Type | Cond | Age | Rms | BR | Bath | Garage | Lot Size | Int SF | DOM | List Price | Sale Dt | Proximity | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family | Good | 18 | 7 | 3 | 2/0 | Attached 2 Car | 0.16 Acres | 1,680 | 1 | $449,000 | 9/18/07 | 1.00 | $415,000 |
| Address: 18 Cedar Terrace, Sloatsburg, NY 10974 |||||||||||| Adjustment: | $0 |
| Exp Adj/Cmt: MLS comments:Mountain views, oversized kitchen, hardwood floors, skylight |||||||||||| Indicated Value: | $415,000 |
| Single Family | Good | 26 | 7 | 3 | 2/1 | None | 0.17 Acres | 1,576 | 26 | $399,000 | 1/3/08 | 0.10 | $381,000 |
| Address: 59 Grant Street, Sloatsburg, NY 10974 |||||||||||| Adjustment: | $0 |
| Exp Adj/Cmt: This subject is most comparable. MLS comments:Updated Colonial with finished basement andlarge master suite |||||||||||| Indicated Value: | $381,000 |
| Single Family | Good | 48 | 7 | 4 | 2/0 | Attached 1 Car | 0.30 Acres | 1,954 | 14 | $373,000 | 12/17/07 | 1.70 | $367,500 |
| Address: 32 Sterling Avenue, Sloatsburg, NY 10974 |||||||||||| Adjustment: | $0 |
| Exp Adj/Cmt: MLS comments- 4 br cape. central air, roof 2002, hw heater 2007 |||||||||||| Indicated Value: | $367,500 |

### Agent Addendum

**Agent Comments/Mkt Strategy:**

eSignature: Streicher, Naomi          Time Stamp: 3/24/2008  4:00:00PM

This evaluation is not an appraisal. While deemed reliable, this drive-by estimate of value is limited to observations of the property exterior only, and therefore the field agent conducting this report shall not be held liable for this opinion.

"This analysis has not been performed in accordance with the Uniform Standards of Professional appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accomodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose."

Section 608.3 of the RELRA, 63 P.S. 455.608c.



**PREMIERE Asset Services** — **eValuation Services**

## Drive By Property Evaluation with Photos - RUSH

### Subject Property

| | | | |
|---|---|---|---|
| Valuation Number: | 1275697 | Loan Number: | 106-1127109382 |
| Street Address: | 60 GRANT ST | City: | SLOATSBURG |
| State: | NY | Zip Code: | 10974 |

### Subject Photos



Front - 60 Grant St- Front View



Side - 60 Grant St- Side view



Street - 60 Grant St- House number



# PREMIERE
## ASSET SERVICES

8480 Stagecoach Circle
MAC X3800-03C
Frederick, Maryland 21701

## INVOICE FOR BPO

**To:** WELLS FARGO HOME MORTGAGE INC.

**From:** Premiere Asset Services
8480 Stage Coach Circle
Frederick MD 21701
reoeval@wellsfargo.com

**Borrower Info:**

| | |
|---|---|
| Bldg Number | 60 |
| Street Name | Grant Street |
| City | Sloatsburg |
| State | NY |
| Zip | 10974 |
| Loan # | 1127109382 |

**Date Ordered:** 03/28/07

**Invoice Amount: $95.00**

# PREMIERE
## ASSET SERVICES

8480 Stagecoach Circle
MAC X3800-03C
Frederick, Maryland 21701

## INVOICE FOR BPO

**To:** | WELLS FARGO HOME MORTGAGE INC.

**From:** | Premiere Asset Services
8480 Stage Coach Circle
Frederick MD 21701
reoeval@wellsfargo.com

**Borrower Info:**

| | |
|---|---|
| Bldg Number | 60 |
| Street Name | Grant Street |
| City | Sloatsburg |
| State | NY |
| Zip | 10974 |
| Loan # | 1127109382 |

**Date Ordered:** 09/27/08

**Invoice Amount: $95.00**

# PREMIERE
## ASSET SERVICES

8480 Stagecoach Circle
MAC X3800-03C
Frederick, Maryland 21701

## INVOICE FOR BPO

**To:** WELLS FARGO HOME MORTGAGE INC.

**From:** Premiere Asset Services
8480 Stage Coach Circle
Frederick MD 21701
reoeval@wellsfargo.com

**Borrower Info:**

| | |
|---|---|
| **Bldg Number** | 60 |
| **Street Name** | Grant Street |
| **City** | Sloatsburg |
| **State** | NY |
| **Zip** | 10974 |
| **Loan #** | 1127109382 |

**Date Ordered:** 03/28/08

**Invoice Amount: $95.00**