UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

              Debtors

_____

**AFFIDAVIT OF MAILING**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | ) SS: |
| CITY OF BUFFALO | ) |

    Jennifer L. Mellott, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the City of North Tonawanda, New York.

    That on the 3rd day of July, 2008, deponent served the within Notice of Appearance by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

        SHMUEL KLEIN, ESQ.    Attorney for Debtors
        Law Office of Shmuel Klein P.C.
        268 Route 59
        Spring Valley, NY 10977

        JEFFREY L. SAPIR, ESQ.  Chapter 13 Trustee
        399 Knollwood Road
        Suite 102
        White Plains, NY 10603

                                        /s/ Jennifer L. Mellott
                                        _____
                                        Jennifer L. Mellott

Subscribed and sworn to before me
this 3rd day of July, 2008.

/s/ Lisa M. Williams
Notary Public, State of New York
Qualified in Niagara County
My Commission expires August 26, 2010