UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In Re

    Spiro G Milliaressis                                         Chapter 13

                  Debtor.                                 Case No. 08-22504
_____x

      **Please Take Notice** that a Petition for Bankruptcy pursuant to 11 USC, has been filed in the above captioned Court on April 15, 2008.  Pursuant to Section 362 of the Bankruptcy Code the commencement, continuation, including the employment of process, garnishment or other action or proceeding is **STAYED.** Violation of Section 362 is punishable by Court.

Dated: July 03, 2008
Spring Valley, NY                             Yours Etc.

                                                _____/s/_____
                                                Law Office of Shmuel Klein, Esq.
                                                Attorney for Petitioner
                                                268 West Route 59
                                                Spring Valley, New York 10977
                                                (845) 425-2510

<u>CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK
COUNTY OF ROCKLAND

      I, Shmuel B. Klein, an attorney admitted to practice before this Court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I have offices at 268 West Route 59, Spring Valley, New York 10977, and I served the within Notice of Bankruptcy Filing on July 3, 2008 and depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, via fax and first class mail addressed to:

   Mel S Harris and Associates LLC
   Kerry H Lutz                                   LRCR
   Attorneys for Plaintiff                   PO Box: 30132
   5 Hanover Square 8th Floor          New York, NY 10087
   New York – NY 10004

   House Hold Bank
   P.O Box: 4144
   Carol Stream
   IL - 60197

                                                        /s/   Shmuel Klein, Esq.
                                                              Attorney for Petitioner
                                                                 268 West Route 59
                                                        Spring Valley, New York 10977
                                                                 (845) 425-2510