**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                                         Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS       Index No. 08-22504
_____x

## NOTICE OF WITHDRAWAL OF MOTION

Please take notice that the motion objecting claim #2 of AMERICA'S SERVICING

COMPANY, AS SERVICER FOR AMERIPATH MORTGAGE CORP is hereby

withdrawn.

                                                   _____/s/_____
                                                   Shmuel Klein (SK 7212)
                                                   Law Office of Shmuel Klein, PC
                                                   Attorney for Debtor
                                                   268 ROUTE 59
                                                   Spring Valley, NY 10977
                                                   (845)425-2510

<u>CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK)
COUNTY OF ROCKLAND)

   I, Shmuel Klein, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I have offices located at 268 Route 59, Spring Valley, New York 10977, and I served the within Notice of Withdrawal on July 9, 2008 by telefax, addressed to the following persons:

Steven J. Baum, P.C.
Attn: Nicole C. Gazzo, Esq.
(716) 204-4660

                                                _____/s/_____
                                                Shmuel Klein