| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Return Date: September 10, 2008 |
| SOUTHERN DISTRICT OF NEW YORK | Return Time: 9:45 am |

_____x
In Re:                                                                    Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS            Index No. 08-22504
_____x

## NOTICE OF MOTION FOR OBJECTION TO CLAIM

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that, a motion will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Adlai S. Hardin, Jr. |
| RETURN DATE AND TIME: | September 10, 2008 9:45 A.M. |
| PLACE: | U.S. Bankruptcy Court<br>300 Quarropas Street<br>White Plains, NY |
| RELIEF REQUESTED: | Motion objecting to claim #3 of ROUNDUP FUNDING, LLC |
| BASIS FOR RELIEF REQUESTED: | Rule 3007 |

DATED: August 7, 2008
   Spring Valley, NY

___/s/_____
Shmuel Klein (SK 7212)
Law Office of Shmuel Klein, PC
Attorney for Debtor
268 ROUTE 59
Spring Valley, NY  10977
(845)425-2510