**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x

In Re:                                                              Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS                Index No. 08-22504

_____x

<u>**AFFIRMATION IN SUPPORT OF MOTION**</u>
<u>**OBJECTING TO CLAIM OF ROUNDUP FUNDING, LLC**</u>

I, Shmuel Klein state that I have knowledge of the following and believe it to be true.   I am counsel to the Debtor.

1.        This affirmation is in support of the motion objecting to the claim of ROUNDUP FUNDING, LLC, annexed hereto as Exhibit "C".

2.        According to the claim of ROUNDUP FUNDING LLC, an unsecured amount of $1,071.23 is owed by debtor.

3.        The Creditor is not listed in the Debtor's Schedule F therefore the Debtor doesn't know what the amount owed is.

4.        The claim fails to provide documentation of transactions and fails to specify transaction dates of the alleged charges.

5.        Without proper documentation the claim cannot be supported or verified.

WHEREFORE Plaintiff respectfully request that the motion to be granted and attorney fees in the amount of $1,000.00 and for such other relief as the Court deems just and equitable.

Dated: August 7, 2008
Spring Valley, New York                          _____/s/_____
                                                 Shmuel Klein (SK 7212) Fed Court Only
                                                 Law Office of Shmuel Klein, PC
                                                 Attorney for Plaintiff
                                                 268 ROUTE 59
                                                 Spring Valley, NY   10977
                                                 (845) 425-2510