CERTIFICATE OF SERVICE

STATE OF NEW YORK )
COUNTY OF ROCKLAND)

    I, Shmuel Klein, Esq., an attorney admitted to practice before this Court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with the Law Office of Shmuel Klein located at 268 Route 59, Spring Valley, NY and I served the within Reply Affirmation and Memorandum of Law on August 8, 2008, by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Roundup Funding, LLC
Attn: Steven G. Kane
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Jeffrey Sapir, Ch 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

U.S. Trustees Office
33 Whitehall Street
21st Floor
New York, NY 10004

                                                           _____/s/_____
                                                           Shmuel Klein, Esq