**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                                                          Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS                Index No. 08-22504
_____x

**Proposed Order**

Upon motion by the debtor dated August 7,2008 against ROUNDUP FUNDING LLC  and there being no opposition thereto and after a hearing on September 10, 2008.

**IT IS HEREBY ORDERED**

The motion is granted;

1)	The claim #3 is expunged.

2)	Counsel fees are awarded to debtor's attorney in the amount of $_____ and the clerk of this court is directed to enter judgment thereon against ROUNDUP FUNDING LLC  in favor of the Law Office of Shmuel Klein, PC.

**SO ORDERED**

Dated: September ___, 2008
White Plains, NY                                       _____
                                                                    Hon. Adlai S. Hardin, Jr.
                                                                    U.S. Bankruptcy Judge