**UNITED STATES BANKRUPTCY COURT**          Return Date: September 10, 2008
SOUTHERN DISTRICT OF NEW YORK          Return Time: 9:45 am

_____x
In Re:                                                              Chapter 13

SPIRO & ANN MILLIARESSIS                            Index No. 08-22504
_____x

## NOTICE OF MOTION FOR OBJECTION TO CLAIM

**TO ALL PARTIES:**

   **PLEASE TAKE NOTICE** that, a motion will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Adlai S. Hardin, Jr. |
| RETURN DATE AND TIME: | September 10, 2008 9:45 A.M. |
| PLACE: | U.S. Bankruptcy Court<br>300 Quarropas Street<br>White Plains, NY |
| RELIEF REQUESTED: | Motion objecting to claim of AMERICA'S SERVICING COMPANY Claim #2 |
| BASIS FOR RELIEF REQUESTED: | Rule 3007 |

DATED: June 23, 2008
   Spring Valley, NY

___/s/_____
Shmuel Klein (SK 7212)
Law Office of Shmuel Klein, PC
Attorney for Debtor
268 ROUTE 59
Spring Valley, NY  10977
(845)425-2510