# LAW OFFICE OF SHMUEL KLEIN, PC
## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| 268 WEST ROUTE 59 | 113 CEDARHILL AVE. |
| SPRING VALLEY, NY 10977 | MAHWAH, NJ 07430 |
| 845-425-2510 | 201-529-3411 |
| TELEFAX 845-425-7362 | ADMITTED IN NM*, NJ, NY*, NoTx* |
| EMAIL: SHMUEL.KLEIN@VERIZON.NET | *FEDERAL COURTS ONLY |

August 11, 2008

America's Servicing Company
Attn: Legal Department
3476 Stateview Blvd. MAC X7801-014
Fort Mill, SC 29715-7200

RE: Spiro Milliaressis & Ann Milliaressis          Case No. 08-22504
    60 Grant Street
    Sloatsburg, NY 10974


To Whom It May Concern,

Enclosed is an original deed in surrender of the above referenced property, and in full satisfaction of the claim.


Yours truly,


___/s/_____
Shmuel Klein