## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF ROCKLAND)

   I, Shmuel Klein, Esq., an attorney admitted to practice before this Court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I am associated with the Law Office of Shmuel Klein located at 268 Route 59, Spring Valley, NY and I served the within Matter and Memorandum of Law on August 11, 2008, by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

AMERICA'S SERVICING COMPANY
3476 Stateview Blvd., MAC X7801-014
Fort Mill, SC 29715-7200


Erin M. Sobkowski, Esq.
Steven J. Baum, PC
P.O. Box 1291
Buffalo, NY 14240-1291


Jeffrey Sapir, Ch 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

U.S. Trustees Office
33 Whitehall Street
21st Floor
New York, NY 10004

                                               _____/s/_____
                                               Shmuel Klein, Esq