**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                                                    Chapter 13

SPIRO MILLIARESSIS & ANN MILLIARESSIS            Index No. 08-22504
_____x

**Proposed Order**

Upon motion by the debtor dated June 23, 2008 against AMERICA'S SERVICING COMPANY, and there being no opposition thereto and after a hearing on August 19, 2008,

**IT IS HEREBY ORDERED**

The motion is granted;

1) The claim #2 is expunged.

2) Counsel fees are awarded to debtor's attorney in the amount of $_____

and the clerk of this court is directed to enter judgment thereon against AMERICA'S SERVICING COMPANY in favor of the Law Office of Shmuel Klein, PC.

**SO ORDERED**

Dated: August ___, 2008
White Plains, NY                                          _____
                                                                   Hon. Adlai S. Hardin, Jr.
                                                                   U.S. Bankruptcy Judge