**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x

In Re:                                                                    Chapter 13

Spiro Milliaressis and Ann Milliaressis            Index No. 08-22504
_____x


**NOTICE OF WITHDRAWAL OF MOTION**

Please take notice that the motion objecting claim #3 of Roundup Funding, LLC originally on for

September 10, 2008 is hereby withdrawn.


_____/s/_____
Shmuel Klein (SK 7212)
Law Office of Shmuel Klein, PC
Attorney for Debtor
268 ROUTE 59
Spring Valley, NY  10977
(845)425-2510

CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF ROCKLAND)

   I, Shmuel Klein, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I have offices located at 268 Route 59, Spring Valley, New York 10977, and I served the within Notice of Withdrawal on August 25, 2008 by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Roundup Funding, LLC                                    Jeffrey Sapir, Ch 13 Trustee
Attn: Steven G. Kane                                         399 Knollwood Road, Suite 102
MS 550                                                                White Plains, NY 10603
P.O. Box 91121
Seattle, WA 98111-9221

_____/s/_____
Shmuel Klein