UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
In Re:                                                   Chapter 13

SPIRO & ANN MILLIARESSIS  Index No. 08-22504
         Debtors
-------------------------X

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE pursuant to local Rule 9074-1, the undersigned will present the attached proposed order to the Hon. Adlai S. Hardin, Jr., USBJ for signature on September 26, 2008 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on September 25, 2008.  Unless objections are received by that time, the order may be signed.

Dated: September 16, 2008
Spring Valley, NY                    _____/s/_____
                                     Law Office of Shmuel Klein,  PC (SK7212)
                                     Attorney for Debtor
                                     268 Route 59 West
                                     Spring Valley, N.Y.  10037
                                      (845) 425-2510