# LAW OFFICE OF SHMUEL KLEIN, PC
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59
SPRING VALLEY, NY 10977
845-425-2510
TELEFAX 845-425-7362
EMAIL: SHMUEL.KLEIN@VERIZON.NET

113 CEDARHILL AVE.
MAHWAH, NJ 07430
201-529-3411
ADMITTED IN NM*, NJ, NY* NoTx*
*FEDERAL COURTS ONLY

August 11, 2008

America's Servicing Company
Attn: Legal Department
3476 Stateview Blvd. MAC X7801-014
Fort Mill, SC 29715-7200

RE: Spiro Milliaressis & Ann Milliaressis         Case No. 08-22504
    60 Grant Street
    Sloatsburg, NY 10974

To Whom It May Concern,

Enclosed is an original deed in surrender of the above referenced property, and in full satisfaction of the claim.

Yours truly,

___/s/___
Shmuel Klein

RY 005 - Bargain and Sale Deed with Covenant against Grantor's Acts Individual or Corporation (Single Sheet) (NYBTU 8002)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 31st day of July, in the year 2008

BETWEEN

Spiro MilliAressis and Ann MilliAressis, Husband and Wife
60 Grant Street
Sloatsburg, NY 10974

party of the first part, and

America's Servicing Company
3476 Stateview Blvd., MAC X7801-014
Fort Mill, SC 29715-7200

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Village of Sloatsburg, Town of Ramapo, County of Rockland, and state of New York, being shown and designated as Lot #1 on a certain Subdivision Map entitled " Minor subdivision prepared for Andrews Enterprises," filed in the Rockland County Clerk's Office on November 14th 1986, in Book 106 of Maps, at Page 54, as Map # 5972

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written

IN PRESENCE OF:

CAROL STACHELEK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ST6170035
Qualified in Orange County
My Commission Expires July 02, 2011

Spiro MilliAressis

Ann MilliAressis

7/31/08

Carol Stachelek