CERTIFICATE OF SERVICE
STATE OF NEW YORK:
COUNTY OF ROCKLAND)

I, Shmuel Klein, an attorney admitted in this Court, affirm under the penalties of perjury I am not a party to this action am over the age of 18 years old.  I have offices at 268 Route 59 West, Spring Valley, NY. I served the within Notice of Settlement and Order on September 19, 2008  by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care of the US Postal Service within the State of New York, addressed to:

AMERICA'S SERVICING COMPANY
3476 Stateview Blvd., MAC X7801-014
Fort Mill, SC  29715-7200


Erin M. Sobkowski, Esq.
Steven J. Baum, PC
P.O. Box 1291
Buffalo, NY 14240-1291


| Jeffrey L. Sapir, Esq | Office of United States Trustee |
|---|---|
| Chapter 13 Trustee | 33 Whitehall St 21st Floor |
| 399 Knollwood Road, Suite 102 | New York, NY 10005 |
| White Plains, NY 10603-1936 | |


_____/s/_____
Shmuel Klein

3