UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------X
In Re:                                                                Chapter 13

SPIRO & ANN MILLIARESSIS                          Index No. 08-22504
        Debtors
------------------------X

Upon the application of SPIRO & ANN MILLIARESSIS, Debtors, dated June 23, 2008 and there being no Opposition filed herein, and Oral Argument had thereon on September 10, 2008;

IT IS ORDERED

The Motion is Granted.

The Claim of AMERICA'S SERVICING COMPANY Claim #2 is expunged.

Dated: September ____ 2008                             _____
White Plains, New York                                     Hon. Adlai S. Hardin Jr.
                                                                     Bankruptcy Judge