UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------X
In Re:
    Chapter 13

SPIRO & ANN MILLIARESSIS                  Index No. 08-22504
------------------------X

Upon the application of SPIRO & ANN MILLIARESSIS, Debtors, dated June 23, 2008 and there being no Opposition filed herein, and Oral Argument had thereon on September 10, 2008.

IT IS ORDERED

1) The Motion is Granted.

2) Claim #2 of AMERICA'S SERVICING COMPANY is expunged.


Dated: October 6, 2008                    /s/ Adlai S. Hardin, Jr.
       White Plains, New York           Hon. Adlai S. Hardin Jr.
                                           Bankruptcy Judge