# Exhibit B

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------x
IN RE                                      CASE NO.08 - 22504(ASH)
SPIRO MILIARESSIS
ANN MILIARESSIS
----------------------------------x
```

### RELIEF FROM STAY – REAL ESTATE AND
### COOPERATIVE APARTMENTS

I, *Cindy T. Shanabrook, Litigation Specialist* <NAME AND TITLE> OF
AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC TRUST 2006-NC4
(HEREINAFTER, "MOVANT") HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE):

### BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS
MOTION: 60 GRANT STREET, SLOATSBURG, NY 10974

2. LENDER NAME: AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC
TRUST 2006-NC4

3. DATE OF MORTGAGE <MM/DD/YYYY>: 03/07/2006

4. POST-PETITION PAYMENT ADDRESS: 1 HOME CAMPUS, MAC X2501-01D, DES MOINES,
IA 50328

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT
THE TIME OF FILING THE MOTION: $ 409,429.20 GOOD THROUGH 11/19/2008
(Note: this amount may not to be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY: $370,000.00

7. SOURCE OF ESTIMATED VALUATION: DEBTOR'S SCHEDULE A

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE: $ 409,201.74

   A. AMOUNT OF PRINCIPAL: $ 323,001.50

   B. AMOUNT OF INTEREST: $ 43,969.52

   C. AMOUNT OF ESCROW (taxes and insurance): $ 37,215.55 (INCLUDES AMOUNT IN "D" BELOW)

   D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $ 2,986.00

   E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $ 1,250.00

   F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $ 634.45

9. CONTRACTUAL INTEREST RATE: 8.800% FIXED RATE

(If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:_____.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE:

   FORECLOSURE ATTORNEYS' COSTS:   $2,680.72

   PROPERTY INSPECTIONS:           $165.00

   BROKER'S PRICE OPINION:         $285.00

(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: _____.)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 11/19/2008)

11. DATE LAST PAYMENT WAS RECEIVED:    NO POST-PETITION PAYMENTS HAVE BEEN RECEIVED

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION

THROUGH PAYMENT DUE ON 11/01/2008:    7

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 05/01/2008 | $3,289.03 | | | | | |
| 06/01/2008 | $3,289.03 | | | | | |
| 07/01/2008 | $3,289.03 | | | | | |
| 08/01/2008 | $3,289.03 | | | | | |
| 09/01/2008 | $3,289.03 | | | | | |
| 10/01/2008 | $3,289.03 | | | | | |
| 11/01/2008 | $3,289.03 | | | | | |
| | | | | | | |
| TOTALS: | $23,023.21 | $ | $ | $ | $ | $0.00 |

14. AMOUNT OF MOVANT'S ATTORNEYS FEES BILLED TO DEBTOR FOR THE PREPARATION,
FILING AND PROSECUTION OF THIS MOTION: $ 850.00

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $ 150.00

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $ 150.00

17 AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: $ 15.00

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION:

$ 95.00

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT
POST-PETITION: $ 3,178.00

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF
APPLICABLE: $ 0.00

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES,
INSURANCE INCURRED BY DEBTOR ETC. :

    TOWN/VILLAGE TAX:  $6,599.69

SCHOOL TAX:        $804.83

TAX SEARCH    :        $10.00

4

## REQUIRED ATTACHMENTS TO MOTION

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT
NUMBER ASSOCIATED WITH THE DOCUMENTS.

(1) COPIES OF DOCUMENTS THAT INDICATE MOVANT'S INTEREST IN THE SUBJECT
PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, A COMPLETE AND LEGIBLE COPY OF
THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE
AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM
THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY SHOULD BE
ATTACHED. (EXHIBIT A.)

(2) COPIES OF DOCUMENTS ESTABLISHING PROOF OF STANDING TO BRING THIS MOTION.
(EXHIBIT A.)

(3) COPIES OF DOCUMENTS ESTABLISHING MOVANT'S INTEREST IN THE REAL
PROPERTY OR COOPERATIVE APARTMENT WERE PERFECTED. FOR THE PURPOSES OF
EXAMPLE ONLY, A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT
(UCC-1) FILED WITH EITHER THE CLERK'S OFFICE OR THE REGISTER OF THE
COUNTY THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED IN. (EXHIBIT A.)

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS WORKSHEET AND/OR ANY EXHIBITS
ATTACHED TO THIS WORKSHEET WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF
THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH
KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY
CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A
REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS
WORKSHEET AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE
AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS.

## DECLARATION

I _Cindy T. Shanabrook, Litigation Specialist_ <NAME AND TITLE> OF
AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC TRUST 2006-NC4
<NAME OF MOVANT> HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT 28
U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS
RECORDS.

EXECUTED AT _Frederick_ <CITY/TOWN>, _MD_ <STATE> ON THIS _15_ DAY OF
_December_ <MONTH>, 20_08_ <YEAR>.

_Cindy T. Shanabrook_
<SIGNATURE>

_Cindy T. Shanabrook_
<PRINT NAME>

_Litigation Specialist_
<TITLE>

AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC TRUST 2006-NC4
3476 STATEVIEW BLVD.
FORT MILL, SC 29715

6