UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

            Debtors.

**AFFIDAVIT OF SERVICE**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) SS:
CITY OF BUFFALO      )

    Jamie A. Day, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Persia, New York.

    That on the 23rd day of December, 2008, deponent served the within Notice of Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

| | |
|---|---|
| SPIRO MILLIARESSIS<br>60 Grant Street<br>Sloatsburg, NY 10974 | Debtors |
| ANN MILLIARESSIS<br>60 Grant Street<br>Sloatsburg, NY 10974 | |
| U.S. Trustee<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>Floor 21<br>New York, NY 10004 | U.S. Trustee |
| JEFFREY L. SAPIR, ESQ.<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603 | Chapter 13 Trustee |

SHMUEL KLEIN, ESQ.  Attorney for Debtors
Law Office of Shmuel Klein P.C.
268 Route 59
Spring Valley, NY 10977

_____
Jamie A. Day

Subscribed and sworn to before me
this 23rd day of December, 2008.

_____
Notary Public

JESSICA N. MUSSELL
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires June 11, 20__