TO: STEVEN J. Baum.
    Nicole C Gazzo

From: Spire Millionessis
Case# 08-22504-ash.

RE: Opposition To Vacate Stay

CC. Bankruptcy Court Clerk
    Hon. ADLai S Hardin JR.
    MR. Shmuel Klein.

1 of 2 pages.

## OPPOSITION

To: The Hon. Adlai S Hardin Jr.
From: Spiro Milliavessis
Case # 08-22504-ash

Your Honor please excuse the unorthodox manner in which you receive this. I understand I am Surrendering my Home at 60 Grant St. Sloatsburg NY 10974.

I do need some time before I can do this I was hoping till the end of the 2009 year

Reasons

1. Most Important my Son Christopher is a Senior in Suffern H.S. and this would be very difficult in such a critical year of his Academic future.

2. I sell Gems for A living and the economy is so bad + sales are down 50-60% and my estimate is it will take this long to save the money

3. My Wife is considering divorcing me over this it has put such a strain on my marriage. which we invested 21 yrs.

I plead with you to please give me this time, for my wife and Son. Again please excuse the manner in which you receive this and please I plead do not make us Homeless

Sincerely
Spiro Milliavessis.