UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

           Debtors.

**AFFIDAVIT OF SERVICE**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | ) SS: |
| CITY OF BUFFALO | ) |

    Jessica L. Schiefer, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Village of Depew, New York.

    That on the 27th day of January, 2009, deponent served the within Notice of Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

SPIRO MILLIARESSIS        Debtors
60 Grant Street
Sloatsburg, NY 10974

ANN MILLIARESSIS
60 Grant Street
Sloatsburg, NY 10974

U.S. Trustee        U.S. Trustee
Office of the U.S. Trustee
33 Whitehall Street, Floor 21
New York, NY 10004

JEFFREY L. SAPIR, ESQ.            Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

SHMUEL KLEIN, ESQ.                Attorney for Debtors
268 Route 59
Spring Valley, NY 10977

_____
Jessica L. Schiefer

Subscribed and sworn to before me
this 27th day of January 2009

_____
Notary Public

SHERRI A. BEALS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires February 13, 2010