## OPPOSITION

To: The Hon. Adlai S Hardin Jr.
From: Spiro Millianessis
Case # 08-22504-ash

Your Honor please excuse the unorthodox manor in which you receive this. I understand I am surrendering my Home at 60 Grant St. Sloatsburg NY 10974.

I do need some time before I can do this I was hoping till the end of the 2009 year

Reasons

1. Most Important my Son Christopher is a Senior in Suffern H.S. and this would be very difficult in such a critical year of his Academic Future.

2. I sell Guns for A living and the economy is so bad + sales are down 50-60%. and my estimate is it will take this long to save the money

3. My Wife is considering divorcing Me. over this it has put such a strain on my Marriage. which we invested 21 yrs

I plead with you to please give me this time; for my wife and Son. Again please excuse the manor in which you receive this and Please I plead do not make us Homeless

Sincerely
Spiro Millianessis.