UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

           Debtors.

**NOTICE OF SETTLEMENT**

Case No.: 08-22504-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

      PLEASE TAKE NOTICE that the annexed proposed order will be presented for settlement to the Hon. ADLAI S. HARDIN, JR. at the United States Bankruptcy Court, SOUTHERN District of New York, 300 Quarropas Street White Plains, NY 10601 on the 2nd day of March, 2009.

DATED:   February 17, 2009
              Buffalo, New York

                                      Yours, etc.
                                      STEVEN J. BAUM, P.C.
                                      Attorneys for Secured Creditor
                                      America's Servicing Company as servicer for Deutsche
                                      Bank National Trust Company, as Trustee for Morgan
                                      Stanley ABS Capital I Inc Trust 2006-NC4

                                      By: _____
                                      Nicole C. Gazzo, Esq.
                                      Office and Post Address:
                                      220 Northpointe Parkway, Suite G
                                      Amherst, NY 14228
                                      Telephone 716-204-2400

TO:

   SPIRO MILLIARESSIS             Debtors
   60 Grant Street
   Sloatsburg, NY 10974

   ANN MILLIARESSIS
   60 Grant Street
   Sloatsburg, NY 10974

   U.S. Trustee                       U.S. Trustee
   Office of the U.S. Trustee
   33 Whitehall Street
   Floor 21
   New York, NY 10004

| | |
|---|---|
| JEFFREY L. SAPIR, ESQ.<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603 | Chapter 13 Trustee |
| SHMUEL KLEIN, ESQ.<br>Law Office of Shmuel Klein P.C.<br>268 Route 59<br>Spring Valley, NY 10977 | Attorney for Debtors |