UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>SPIRO MILLIARESSIS<br>ANN MILLIARESSIS<br><br>            Debtors. | **AFFIDAVIT OF SERVICE**<br><br>Case No.: 08-22504-ash<br>(Chapter 13)<br><br>Assigned to:<br>Hon. ADLAI S. HARDIN, JR.<br>Bankruptcy Judge |

STATE OF NEW YORK      )
COUNTY OF ERIE          ) SS:
CITY OF BUFFALO        )

Dana R. Snyder, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Wheatfield, New York.

That on the 17th day of February, 2009, deponent served the within Notice of Settlement by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

SPIRO MILLIARESSIS         Debtors
60 Grant Street
Sloatsburg, NY 10974

ANN MILLIARESSIS
60 Grant Street
Sloatsburg, NY 10974

U.S. Trustee                         U.S. Trustee
Office of the U.S. Trustee
33 Whitehall Street
Floor 21
New York, NY 10004

JEFFREY L. SAPIR, ESQ.       Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

SHMUEL KLEIN, ESQ.      Attorney for Debtors
Law Office of Shmuel Klein P.C.
268 Route 59
Spring Valley, NY 10977

_____
Dana R. Snyder

Subscribed and sworn to before me
this 17th day of February, 2009.

_____
Notary Public

SHERRI A. BEALS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires February 13, 2010