Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

**SjB**

STEVEN J. BAUM, P.C.
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

March 2, 2009

HONORABLE ADLAI S. HARDIN JR.
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

Re:    America's Servicing Company as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4 vs. Spiro Milliaressis, Ann Milliaressis, et al.

Case No.    08-22504-ash

Dear Judge Hardin:

Our office has been contacted by the Debtor and advised that he misunderstood the results of the hearing that was held on January 29, 2009, and that he is unable to consent to the entry of the conditional order resolving the Motion for Relief filed by America's Servicing Company. As such, we request that the motion be restored to the Court's calendar for further proceedings.

If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By:    Nicole C. Gazzo, Esq.