UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*Hearing Date: March 24, 2009*
Hearing Time: 9:45 am

---

*AMENDED NOTICE OF MOTION FOR
TERMINATION OF AUTOMATIC
STAY*

In Re:

SPIRO MILLIARESSIS
ANN MILLIARESSIS

Case No.: 08-22504-ash
(Chapter 13)

Debtors.

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

---

Please take notice that America's Servicing Company as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4, a secured creditor of Debtors, by the undersigned attorneys, will move this Court on the *24th day of March, 2009*, at 9:45 am or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, 300 Quarropas Street Room 520, White Plains, NY 10601 for an Order pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C §1322(b)(5) terminating the automatic stay as to movant's interest in real property commonly known as 60 Grant Street, Sloatsburg, NY 10974 and for such other relief as the Court may deem proper.

DATED:   March 10, 2009
         Buffalo, New York

Yours, etc.

By:   Nicole C. Gazzo, Esq.
      STEVEN J. BAUM, P.C.
      Attorneys for Secured Creditor
      America's Servicing Company as
      Servicer for Deutsche Bank National
      Trust Company, as Trustee for
      Morgan Stanley Abs Capital I Inc
      Trust 2006-Nc4
      Office and Post Address:
      220 Northpointe Parkway, Suite G
      Amherst, NY 14228
      Telephone 716-204-2400

TO:

SPIRO MILLIARESSIS                    Debtors
60 Grant Street
Sloatsburg, NY 10974

ANN MILLIARESSIS
60 Grant Street
Sloatsburg, NY 10974

SHMUEL KLEIN, ESQ.                    Attorney for Debtors
Law Office of Shmuel Klein P.C.
268 Route 59
Spring Valley, NY 10977

JEFFREY L. SAPIR, ESQ.               Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

U.S. Trustee                          U.S. Trustee
Office of the U.S. Trustee
33 Whitehall St,Floor 21
New York, NY 10004