| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Return Date: April 28, 2010<br>Return Time: 10 am |

---------------------------------------x

Re:  
Spiro Milliaressis          Chapter 13

　　　　　　　　　　Debtors          Case No. 08-22504

---------------------------------------x

## ATTORNEY'S AFFIRMATION OF SERVICES

1. I am an attorney duly admitted to practice in the State of New York and in the Southern District of New York and I submit this Affirmation in support of for Approval of additional fees under penalty of perjury.

2. On April 15, 2008, the debtors filed a voluntary petition for protection under Chapter 13 of the bankruptcy code.

3. This application is made by the applicant for a first allowance of compensation for professional services rendered for and on behalf of the debtor for the period 6/3/2008 through 5/4/2009 (the "Period"). In addition, Applicants seek reimbursement for actual and necessary costs incurred during the Period.

4. Applicant seeks an allowance of fees of $1,771.00 the documentation for which is set forth on Exhibit "A" attached hereto. Applicants also seek reimbursement in the sum of $190.00 which represents the actual and necessary costs and expenses incurred during the Period, to be paid through the chapter 13 plan.

5. At the time of the filing the fee charged did not contemplate services in connection with Motion objecting to claim.

6. To date my office has spent approximately 4.6 working on and performed the following services outlined on Exhibit "A"

7. The total amount of fees far exceeds the amount being sought herein; Your Applicant is limiting its application for fees and services rendered.

8. The applicant seeks compensation for services rendered in the amount of $1,771.00, payable through the Chapter 13 plan as administrative priority.

WHEREFORE the Applicant respectfully requests compensation for professional services rendered during the Period in the amount of $1,771.00.

Dated: Spring Valley, NY  
March 5, 2010

/s/ Joshua N. Bleichman  
Joshua N. Bleichman  
268 Route 59 West  
Spring Valley, NY 10977  
845-425-2510

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Chapter 13 Fee Application on March 5, 2010 depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Spiro Milliaressis
60 Grant Street
Sloatsburg, NY 10974

Jeffrey L. Sapir-13 –by ECF
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee – by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

/s/    Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510