In Re:
Spiro Miltiaresis
_____ x

Chapter 13
Case # 08-22504

**FEES**

| Date | | Hours | Per Hour | Expenses | Amount |
|---|---|---|---|---|---|
| 6/3/2008 | Reviewed Objection to Confirmation to Plan | 0.2 | 385.00 | | 77.00 |
| 06/06/08 | Motion for Objection to Claim #2 American Servicing Company | 0.5 | 385.00 | | 192.50 |
| 06/23/08 | Amedned Plan Under Chapter 13 | 0.3 | 385.00 | | 115.50 |
| 07/03/08 | Reviewed Affirmation in Opposition | 0.2 | 385.00 | | 77.00 |
| 07/04/08 | Baum-short sale | | | | |
| 07/09/08 | Notice of Withdrawel of Motion Objection to Claim #2 American Servicing Company | 0.5 | 385.00 | | 192.50 |
| 07/17/08 | American Serving & Sapir Mailed | | | 38 | |
| 08/08/08 | Motion for Objection to Claim #3 Roundup Funding | 0.5 | 385.00 | | 192.50 |
| 08/12/08 | Motion for Objection to Claim #2 American Servicing Company | 0.5 | 385.00 | | 192.50 |
| 08/26/08 | Notice of Withdrawel of Motion objection to Claim #3 Roundup Funding | 0.5 | 385.00 | | 192.50 |
| 09/19/08 | Notice of Settlement of an Order; Objection to Claim #2 and Mailed | 0.5 | 385.00 | 38.00 | 192.50 |
| 10/10/08 | Letter to Trustte a copy of Motion for objection to Claim #2 | | | 38.00 | |
| 12/09/08 | Mailed to Trustee Claim #6 | | | 38.00 | |
| 12/23/08 | Reviewed Motion for Relief from Stay | 0.2 | 385.00 | | 77.00 |
| 01/22/09 | Opposition to Motion for Relief from Stay | 0.5 | 385.00 | | 192.50 |
| 03/02/09 | Reviewed Letter to Judge Hardin | 0.2 | 385.00 | | 77.00 |
| 05/04/09 | Order Granted Mailed | | | 38.00 | |
| | | 4.6 | | 190.00 | 1 771.00 |