UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x          Case No. 08-22504
                                                 Chapter 13
In Re:

Spiro Millaressis and Ann Milliaressis
_____x

## Notice of Withdrawal of Application

Please take notice that the Application for Compensation scheduled for April 28, 2010 at 10 am for the above referenced case number is hereby withdrawn.

DATED: April 23, 2010
Spring Valley, NY                    _____/s/___Joshua N. Bleichman___
                                     Joshua N. Bleichman
                                     268 Route 59
                                     Spring Valley, NY  10977
                                     (845) 425-2510

## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF ROCKLAND)

I, Joshua N. Bleichman, an attorney admitted to practice before this Courts affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I have offices at 268 Route 59 Spring Valley, New York and I served the within Notice of Withdrawal of Application on April 23, 2010 by depositing a true copy thereof by ECF or in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

Spiro Milliaressis
60 Grant Street
Sloatsburg, NY 10974

Jeffery Sapir by ECF

United States Trustee by ECF

                                     _____/s/_ Joshua N. Bleichman_
                                     Joshua N. Bleichman