|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>IN RE:<br><br>**SPIRO MILLIARESSIS AND**<br>**ANN MILLIARESSIS,**<br><br>　　　　　　　　　　　Debtors<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | Settlement/Hearing: May 25th, 2011<br>Time:  10:30 A.M.<br><br>Chapter  13<br>Case No. 08-22504 RDD<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon.  Robert D. Drain, United States Bankruptcy Judge, on the 25th day of  May, 2011   at 10:30 A.M.in the Judge's Chambers,  United States Bankruptcy Court,  300 Quarropas Street, White Plains, New York.

**PLEASE TAKE FURTHER NOTICE ,** that Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of  business *three (3) days prior* to settlement.

Dated: White Plains, New York
　　　　April 26th, 2011

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey L. Sapir
　　　　　　　　　　　　　　　　　　　　　　　**Jeffrey L. Sapir  (JLS 0938)**
　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13 Trustee**
　　　　　　　　　　　　　　　　　　　　　　　**399 Knollwood Road**
　　　　　　　　　　　　　　　　　　　　　　　**White Plains, New York 10603**
　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Spiro and Ann Milliaressis
24 Rockland Terrace
Suffern, New York 10901

Bleichman & Klein
268 Route 59
Spring Valley, New York 10977

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                                Chapter 13
                                                Case No. 08-22504 RDD

**SPIRO MILLIARESSIS AND**
**ANN MILLIARESSIS,**

                          Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved for an order dismissing this chapter 13 case; and upon the motion and the record of the May 25, 2011 hearing thereon, the Court having found that the above-captioned debtors have failed to comply with the provision of 11 U.S.C. § 1307 (c) (1) and (c)(6) and the order confirming plan dated December 24, 2008 directing the debtors to remit monthly payments according to plan, and the debtors failing to comply therewith, and being, at this juncture, in material arrears with plan payments to the trustee, and there being a material default in this confirmed plan, and good cause appearing,

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       May                    , 2011

                                              _____
                                                **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

           Chapter 13
           Case No. 08-22504 RDD

**SPIRO MILLIARESSIS AND**
**ANN MILLIARESSIS,**

           **TRUSTEE'S AFFIDAVIT**

       Debtors

-----------------------------------x

STATE OF NEW YORK  )
COUNTY OF WESTCHESTER ) ss.:

  Jeffrey L. Sapir, being duly sworn, deposes and says:

  1.  He is the standing Chapter 13 Trustee.

  2.  The debtors filed a Chapter 13 proceeding on April 15th, 2008.

  3.  The debtors failed to comply with the provisions of 11 U.S.C. §1307 (c) (1)and (c)(6).

  4.  The debtors have failed to comply with the Order Confirming Plan dated December 24th, 2008 whereby the debtors must remit monthly payments to the trustee in the sum of $54.00 for 36 months plus $3000.00 for 2 months.

  5.  The debtors have paid the trustee to date the sum of $1,584.00.

  6.  The debtors are $360.00 in arrears in plan payments to the trustee.

  7.  There exists a material default in this confirmed plan.

  8.  The delay created by the debtor is prejudicial to creditors.

  **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case, be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
26th day of April, 2011

/s/  Jody L. Kava
Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires:  10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                         Chapter 13
                                                                                    Case No. 08-22504 RDD

**SPIRO MILLIARESSIS AND**
**ANN MILLIARESSIS,**

                           Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER  ) ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

      On April 26th, 2011, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
          33 Whitehall Street
          New York, New York 10004

          Spiro and Ann Milliaressis
          24 Rockland Terrace
          Suffern, New York 10901

          Bleichman & Klein
          268 Route 59
          Spring Valley, New York 10977

/s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to me before this
26th day of April, 2011

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires: 12/31/14