UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                      Chapter 13
                                      Case No. 08-22504 RDD

**SPIRO MILLIARESSIS AND**
**ANN MILLIARESSIS,**

                                      Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case; and there being no opposition to the requested relief; and, upon the motion and the record of the May 25, 2011 hearing thereon, the Court having found that the above-captioned debtors have failed to comply with 11 U.S.C. § 1307(c) (1) and (c)(6) and the order confirming their chapter 13 plan dated December 24, 2008 directing the debtors to remit monthly payments according to plan; and there being a material default in this confirmed plan; and good cause appearing,

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       May 26, 2011

                                                   /s/ Robert D. Drain
                                               **UNITED STATES BANKRUPTCY JUDGE**