**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Spiro Milliaressis and Ann Milliaressis | CASE NO.: 08–22504–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1072   xxx–xx–1690 | CHAPTER: 13 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Spiro Milliaressis was dismissed from the case on May 26, 2011 .

Ann Milliaressis was dismissed from the case on May 26, 2011 .

Dated: May 26, 2011                                         Vito Genna
                                                            Clerk of the Court