# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: sallie | Date Created: 5/26/2011 |
| Case: 08–22504–rdd | Form ID: 131 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Jeffrey L. Sapir–13 | info@sapirch13tr.com |
| aty | Jeffrey L. Sapir–13 | info@sapirch13tr.com |
| aty | Joshua N. Bleichman | bleichmanklein@yahoo.com |
| aty | Shmuel Klein(+) | shmuelklein@optonline.net, shmuel.klein@verizon.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Spiro Milliaressis | 60 Grant Street    Sloatsburg, NY 10974 |
| jdb | Ann Milliaressis | 60 Grant Street    Sloatsburg, NY 10974 |
| ust | United States Trustee | 33 Whitehall Street    21st Floor    New York, NY 10004 |
| smg | N.Y. State Dept. Of Taxation And Finance | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–551 |
| smg | New York City Department of Finance | Attn: Bankruptcy &Assignment Unit    345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201–3719 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | Office of the Sheriff | 111 Grove Street    White Plains, NY 10601 |
| smg | Parking Violations Bureau | 210 Joralemon Avenue    Brooklyn, NY 11201 |
| smg | United States Attorney | One St. Andrew's Plaza    Claims Unit – Room 417    New York, NY 10007–1701 |
| smg | Westchester County Dept. Of Public Safety | CIVIL BUREAU    110 Grove Street, Room L217    White Plains, NY 10601 |
| 4517753 | AMERICA'S SERVICING COMPANY | 7485 NEW HORIZON WAY    FREDERICK, MD 21703 |
| 4517754 | APPLIED BANK | 4700 EXCHANGE COURT    BOCA RATON, FL 33431 |
| 4542779 | America's Servicing Company | 3476 Stateview Blvd., MAC X7801–014    Fort Mill, SC 29715–7200 |
| 4517755 | CITI FINANCIAL | P.O BOX 499    HANOVER, MD 21076 |
| 4663350 | CitiFinancial, Inc. | P.O. Box 70919    Charlotte, NC 28272–0919 |
| 4528174 | NORTH STAR CAPITAL ACQUISITIONS LLC | c/o Jefferson Capital Systems LLC    PO BOX 7999    SAINT CLOUD MN 56302–9617 |
| 4681449 | NYS DEPT OF TAX AND FINANCE | BANKRUPTCY SECTION    PO BOX 5300    ALBANY NY 12205 |
| 4635033 | NYS Dept of Labor | PO Box 15130    Albany NY 12212 |
| 4564681 | Roundup Funding, LLC | MS 550    PO Box 91121    Seattle, WA 98111–9221 |
| 4517756 | STEVEN J BAUM | P.O. BOX 1291    BUFFALO, NY 14240 |
| 4532997 | Steven J Baum | 220 Northpointe Parkway    Suite G    Amherst NY 14228 |

TOTAL: 22