**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

| | |
|---|---|
| IN RE: Spiro Milliaressis and Ann Milliaressis | CASE NO.: 08−22504−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1072    xxx−xx−1690 | CHAPTER:  13 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Spiro Milliaressis was dismissed from the case on May 26, 2011 .

Ann Milliaressis was dismissed from the case on May 26, 2011 .


Dated: May 26, 2011                             Vito Genna
                                                Clerk of the Court

```
                         United States Bankruptcy Court
                         Southern District of New York

In re:                                                     Case No. 08-22504-rdd
Spiro Milliaressis                                         Chapter 13
Ann Milliaressis
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0208-7         User: sallie         Page 1 of 1         Date Rcvd: May 27, 2011
                             Form ID: 131         Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
 db          +Spiro Milliaressis,    60 Grant Street,    Sloatsburg, NY 10974-1224
 jdb         +Ann Milliaressis,    60 Grant Street,    Sloatsburg, NY 10974-1224
 smg          N.Y. State Dept. Of Taxation And Finance,    Bankruptcy/Special Procedures Section,
               P.O. Box 5300,    Albany, NY 12205-0300
 smg         +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
 smg          New York City Department of Finance,    Attn: Bankruptcy & Assignment Unit,
               345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
 smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY 12205-0300
 smg         +Office of the Sheriff,    111 Grove Street,    White Plains, NY 10601-2509
 smg         +Parking Violations Bureau,    210 Joralemon Avenue,    Brooklyn, NY 11201-3743
 smg          United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
               New York, NY 10007-1701
 smg         +Westchester County Dept. Of Public Safety,    CIVIL BUREAU,    110 Grove Street, Room L217,
               White Plains, NY 10601-2519
 ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
4517754     ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: APPLIED BANK,     4700 EXCHANGE COURT,    BOCA RATON, FL 33431)
4542779       America's Servicing Company,    3476 Stateview Blvd., MAC X7801-014,    Fort Mill, SC 29715-7200
4663350       CitiFinancial, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
4528174      +NORTH STAR CAPITAL ACQUISITIONS LLC,    c/o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999
4681449      +NYS DEPT OF TAX AND FINANCE,    BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY NY 12205-0300
4635033      +NYS Dept of Labor,    PO Box 15130,    Albany NY 12212-5130
4517756      +STEVEN J BAUM,    P.O. BOX 1291,    BUFFALO, NY 14240-1291
4532997      +Steven J Baum,    220 Northpointe Parkway,    Suite G,    Amherst NY 14228-1894
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4564681       EDI: BLINE.COM May 27 2011 19:03:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4517753      ##+AMERICA'S SERVICING COMPANY,    7485 NEW HORIZON WAY,    FREDERICK, MD 21703-8388
4517755      ##+CITI FINANCIAL,    P.O BOX 499,    HANOVER, MD 21076-0499
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**          **Signature:** *Joseph Speetjens*