**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Spiro Milliaressis and Ann Milliaressis        CASE NO.: 08–22504–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 13
xxx–xx–1072    xxx–xx–1690

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Jeffrey L. Sapir–13 is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: October 28, 2011                                                                Robert D. Drain, Bankruptcy Judge