# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: loshea | Date Created: 10/28/2011 |
| Case: 08−22504−rdd | Form ID: 128 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jeffrey L. Sapir−13 | info@sapirch13tr.com |
| aty | Joshua N. Bleichman | bleichmanklein@yahoo.com |
| aty | Shmuel Klein(+) | shmuelklein@optonline.net, shmuel.klein@verizon.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Spiro Milliaressis | 60 Grant Street | Sloatsburg, NY 10974 | | | |
| jdb | Ann Milliaressis | 60 Grant Street | Sloatsburg, NY 10974 | | | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 | | |
| tr | Jeffrey L. Sapir−13 | As Chapter 13 and 12 Trustee | 399 Knollwood Road | Suite 102 | White Plains, NY 10603 | |

TOTAL: 4