**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Spiro Milliaressis and Ann Milliaressis          CASE NO.: 08−22504−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx−xx−1072    xxx−xx−1690

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Jeffrey L. Sapir−13 is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: October 28, 2011                                                                 Robert D. Drain, Bankruptcy Judge

```
                             United States Bankruptcy Court
                             Southern District of New York
In re:                                                                  Case No. 08-22504-rdd
Spiro Milliaressis                                                      Chapter 13
Ann Milliaressis
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0208-7          User: loshea                  Page 1 of 1                   Date Rcvd: Oct 28, 2011
                              Form ID: 128                  Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db            +Spiro Milliaressis,    60 Grant Street,    Sloatsburg, NY 10974-1224
jdb           +Ann Milliaressis,    60 Grant Street,    Sloatsburg, NY 10974-1224
tr            +Jeffrey L. Sapir-13,    As Chapter 13 and 12 Trustee,    399 Knollwood Road,   Suite 102,
               White Plains, NY 10603-1936
ust           +United States Trustee,    33 Whitehall Street,    21st Floor,   New York, NY 10004-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**              **Signature:** *Joseph Speetjens*